UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Olabinjo Osundairo and** | ) | |
| **Abimbola Osundairo, Individually,** | ) | |
| | ) | **Case No.** |
| **Plaintiffs,** | ) | |
| | ) | **Judge** |
| v. | ) | |
| | ) | **Magistrate Judge** |
| **Mark Geragos, Tina Glandian,** | ) | |
| **and Geragos & Geragos Law Firm,** | ) | **JURY DEMAND** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ATTORNEYS' LIEN

**NOW COMES**, Gregory E. Kulis and Associates, Ltd., and in support of their Attorney Lien, states as follows:

1. Gregory E. Kulis & Associates, Ltd. is currently legal counsel for the Plaintiffs, Olabinjo Osundario and Abimbola Osundario.

2. While representing the Plaintiffs, Gregory E. Kulis & Associates, Ltd. is incurring legal expenses and costs.

3. This is a notice of our Attorneys' Lien in conjunction with out Attorney/Client Contingency Agreement and Statutory Fee Provision under 42 USC 1988.

Respectfully submitted,

/s/Gregory E. Kulis
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602 / (312) 580-1830**