# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Olabinjo Osundairo, et al, v. Mark Geragos, et al     Case Number: 1:19-cv-02727

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print):   GLORIA V. SCHMIDT

Firm: THE GLORIA LAW GROUP

Street address: 211 WEST WACKER DRIVE, 5TH FLOOR

City/State/Zip: CHICAGO, IL 60606

Bar ID Number: 6306930
(See item 3 in instructions)     Telephone Number: 312-982-2974

Email Address: gloria@gloriaslaw.com

Are you acting as lead counsel in this case?     ☐ Yes  ☑ No

Are you acting as local counsel in this case?     ☐ Yes  ☑ No

Are you a member of the court's trial bar?     ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?     ☑ Yes  ☐ No

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 22, 2019

Attorney signature:   S/ Gloria V. Schmidt

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015