# EXHIBIT A

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm

Audio Transcription

Taken on:  March 27, 2019



LEXITAS™
180 North LaSalle Street, Suite 2800
Chicago, IL 60601
312.236.6936
877.653.6736
www.lexitaslegal.com

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 03/27/2019                                                                                Page 1

```
 1                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3    OLABINJO OSUNDAIRO and            )
      ABIMBOLA OSUNDAIRO,               )
 4    Individually,                     )
                                        )
 5                    Plaintiffs,       )
                                        )
 6             vs.                      )
      MARK GERAGOS, TINA GLANDIAN, and )
 7    GERAGOS & GERAGOS LAW FIRM,       )
                                        )
 8                    Defendants.       )

 9

10          The audio recording from 3/27/2019 held in the

11    above matter were taken down stenographically to the

12    best of her ability by Traci L. Gidley, Certified

13    Shorthand Reporter, Registered Professional Reporter,

14    and Notary Public, at 180 North LaSalle Street, Suite

15    2800, Chicago, Illinois, commencing at 5:00 p.m. on

16    June 8, 2019.

17

18

19

20

21

22

23

24
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019                                                                  Page 2

```
 1                         (Whereupon, the beginning of the

 2                    recording from 3/27/19.)

 3        MR. STEPHANOPOULOS:  Now we're going to have more

 4   on that stunning reversal in the Jussie Smollett case.

 5              Prosecutors say they believe the charges but

 6   dropped them anyway, accused of staging a hate crime,

 7   falsely reporting it.  But Chicago's police

 8   superintendent -- we just heard Mayor Rahm Emanuel say,

 9   This is a white washing of justice not on the level, and

10   even the prosecutors say this is not an exoneration.

11              One of Smollett's attorneys join us now, Tina

12   Glandian.  Thank you for coming in this morning.

13              You heard the mayor earlier in our -- in our

14   show say that this is not on the level.

15              Your response?

16        MS. GLANDIAN:  There is absolutely nothing to

17   warrant that statement.  I think -- I just heard Don

18   Abrams talk about how unusual this is, and I agree.  And

19   I understand why everyone is so confused by the turn of

20   events in this case.

21              But keep in mind the actions in this case

22   speak a lot louder than words do.  It's the

23   prosecution's -- the State of Illinois that decided to

24   come forward and charge Mr. Smollett with 16 counts --
```

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019                                                                                                      Page 3

```
 1   16 separate counts -- from the same incident.  They

 2   clearly could have proceeded with one count as they

 3   originally did in the felony complaint.  And then they

 4   decided to elevate this matter to he slice and dice this

 5   in every way possible and to charge him with 16 counts.

 6            Well, two-and-a-half weeks later, they made

 7   the decision to voluntarily discontinue the action all

 8   together.  And so I think at that --

 9      MR. STEPHANOPOULOS:  They say they still believe

10   the charges.

11      MS. GLANDIAN:  Well, they say -- If they -- You

12   know what, George, I think if they believed the charges,

13   they would never have dismissed the case.  This is such

14   a high-profile matter.  Everyone's been talking about

15   it.  Obviously -- Obviously, it's made national

16   headlines, and so --

17      MR. STEPHANOPOULOS:  So you're saying the State's

18   Attorney is lying?

19      MS. GLANDIAN:  Well, I'm saying their actions speak

20   louder than words.  They -- They could have proceeded in

21   a variety of ways.  We were ready to move forward.  We,

22   you know, appeared in court, we pled not guilty, we were

23   ready to fight the charges, and they're the ones who

24   voluntarily discontinued this matter.  So I think that
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019                                                              Page 4

```
 1   speaks volumes.

 2        MR. STEPHANOPOULOS:  So that -- You know, Jussie

 3   has said he's been truthful and consistent throughout

 4   this case, he's -- but he said at the beginning he

 5   didn't know who he encountered that night.

 6             He knew it was the brothers, didn't he?

 7        MS. GLANDIAN:  He did not.  The -- The attackers

 8   were masked.  He only saw one of them.  One of them

 9   approached him from behind, and he was wearing a mask,

10   and so he did not identify them.  He initially had a

11   really hard time believing that they could be involved

12   because he knew one of them, and we can only speculate

13   as to motivation --

14        MR. STEPHANOPOULOS:  But as -- as you know, the

15   police say they have phone records of him talking to the

16   brothers an hour before the attack --

17        MS. GLANDIAN:  Absolutely.

18        MR. STEPHANOPOULOS:  -- an hour after the attack,

19   and while they're in Africa.

20        MS. GLANDIAN:  Not aft- -- Not an hour after the

21   attack.  That's --

22        MR. STEPHANOPOULOS:  That's what they said.

23        MS. GLANDIAN:  That's completely false, and I've

24   seen the phone records and they've been produced.
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019                                                    Page 5

```
 1              And one thing I do also want to put out

 2    there --

 3        MR. STEPHANOPOULOS:  So you're saying he -- he --

 4    he did talk to the brothers?

 5        MS. GLANDIAN:  He absolutely talked to them because

 6    he had just hired the one brother to train him for his

 7    upcoming music video, for training and nutrition, which

 8    the -- the brothers have now confirmed that that's

 9    actually what the check was for.

10              And this is, again, one of the -- the

11    misstatements out there, that Eddie Johnson went and

12    held this press conference and said that the check was

13    for the staged attack.

14        MR. STEPHANOPOULOS:  Yeah.  Their lawyer did tell

15    me that.

16              But you're saying he talked to them an hour

17    before the attack --

18        MS. GLANDIAN:  Absolutely.  Because --

19        MR. STEPHANOPOULOS:  -- but he didn't know that was

20    them that attacked them [sic].

21        MS. GLANDIAN:  Absolutely.  And the reason he

22    talked to them was there were -- if you look at the text

23    messages leading up to the -- the night of the incident,

24    there -- there's ample texts about training and
```



 1   nutrition, and they were supposed to actually train that

 2   night.

 3            Jussie was flying in from New York, and his

 4   flight was delayed for four hours.  So he was constantly

 5   texting and communicating about their planned training

 6   session.  They were supposed to train that night, as

 7   well as the next morning.  And he eventually texted him

 8   when he landed and said now it was way too late.  And he

 9   texted him and let him know that he landed late, they

10   actually spoke by phone, as well.  And so he absolutely

11   knew --

12        MR. STEPHANOPOULOS:  So --

13        MS. GLANDIAN:  -- that he was on his way home.

14   and --

15        MR. STEPHANOPOULOS:  -- if the brothers are saying

16   that he helped them stage this attack, you're saying the

17   brothers are lying?

18        MS. GLANDIAN:  Absolutely.

19        MR. STEPHANOPOULOS:  They're not telling the truth?

20        MS. GLANDIAN:  No.

21        MR. STEPHANOPOULOS:  And what about the issue of

22   the letter?  As you know, the police are very clear -- I

23   want to show the letter up here up on our screen that

24   was sent about a week before the attack.



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019                                                                          Page 7

```
 1           The police are very clear, they believe that

 2   Jussie sent that letter himself, and he addressed that

 3   in his interview with Robin.  Let's take a look.

 4       MR. SMOLLETT:  Just because on the letter it had a

 5   stick figure hanging from a tree with a gun pointing

 6   towards it with the words that say Smollett Jussie, you

 7   will die (silent pause) and the return address -- there

 8   was no address, but the return address said in big red,

 9   you know, like, caps MAGA.  Did I make that up, too?

10       MR. STEPHANOPOULOS:  Police say he did.  Police

11   said he sent that himself.

12       MS. GLANDIAN:  Eddie Johnson said that, and

13   promptly the FBI came forward and said it's their

14   investigation.  That's absolutely false.  The

15   investigation is ongoing.  They have not identified who

16   sent the letter.

17           The brothers did come forward and state that

18   they had nothing to do with the letter, but it appears

19   that police, during a search of their home, did seize

20   some magazine with, I guess, missing pages and a stamp

21   book.

22           I -- You know, Jussie has cooperated --

23       MR. STEPHANOPOULOS:  Has (unintelligible) spoken to

24   Jussie?
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019                                                     Page 8

1        MS. GLANDIAN:  They had initially spoken to them.

2   He's been cooperative with them.  And, at this point, to

3   our knowledge, the investigation is ongoing.  But it's

4   absolutely false that anyone's concluded that Jussie was

5   behind the letters.

6        MR. STEPHANOPOULOS:  One -- Has -- Has he told them

7   that he had nothing to do with -- Has he told the FBI

8   that?

9        MS. GLANDIAN:  I believe the initial -- when they

10  reported to -- when the -- the day the letter was sent,

11  I believe he said that, and so --

12        MR. STEPHANOPOULOS:  To the FBI?

13        MS. GLANDIAN:  I believe so.  To whoever had

14  responded to that, and I believe there were federal

15  agents there.

16        MR. STEPHANOPOULOS:  Final -- Final question:

17  You've said, clearly, you think the police are not

18  telling the truth about Jussie.

19             Are you going to sue?

20        MS. GLANDIAN:  We're weighing our options now.  For

21  Jussie, what's really important is he really just wants

22  his career and his life back.  Again, he did not ask for

23  any of this.  He was a victim of a crime.  This has

24  completely spiraled out of control and become a



```
 1   political event at this point.

 2            And his goal and focus right now is just

 3   getting his life back on track.  He has not even started

 4   healing from the initial attack because he's been

 5   dealing with everything that's happened since then.  I

 6   don't know -- I mean, we're -- we're shocked at the

 7   mayor and the police superintendent doubling down

 8   yesterday when the prosecutor, after a dispassioned look

 9   at the evidence, realized that this does not hold up and

10   chose to voluntarily dismiss all counts and expunge his

11   record.

12            So, at this point, we're going to weigh our

13   options and see and see how this develops.

14       MR. STEPHANOPOULOS:  Tina Glandian, thanks very

15   much.

16                          (Whereupon, the end of the

17                           Stephanopoulos interview.)

18

19

20

21

22

23

24
```



```
 1    STATE OF ILLINOIS        )
                               ) SS.
 2     COUNTY OF COOK          )

 3

 4           The within and foregoing recorded audio

 5    excerpt was taken down stenographically and transcribed

 6    to the best of her ability by Traci L. Gidley, Certified

 7    Shorthand Reporter, Registered Professional Reporter,

 8    and Notary Public at the offices of Jensen Litigation

 9    Solutions, 180 North LaSalle Street, Suite 2800,

10    Chicago, Illinois, at 5:00 p.m. on June 8th, 2019.

11           Witness my official signature in and for Cook

12    County, Illinois, on this 20th day of June, A.D.,

13    2019.

14

15
                 _____
16                   TRACI L. GIDLEY, CSR, RPR
                     180 North LaSalle Street
17                   Suite 2800
                     Chicago, Illinois 60601
18                   Phone:  (312) 236-6936

19
      CSR No. 084-004643
20

21

22

23

24
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019

1

**1**

**16**  2:24 3:1,5

**3**

**3/27/19**  2:2

**A**

**Abrams**  2:18

**absolutely**  2:16 4:17 5:5,18,21 6:10,18 7:14 8:4

**accused**  2:6

**action**  3:7

**actions**  2:21 3:19

**address**  7:7,8

**addressed**  7:2

**Africa**  4:19

**aft-**  4:20

**agents**  8:15

**agree**  2:18

**ample**  5:24

**anyone's**  8:4

**appeared**  3:22

**appears**  7:18

**approached**  4:9

**attack**  4:16,18,21 5:13,17 6:16,24 9:4

**attacked**  5:20

**attackers**  4:7

**Attorney**  3:18

**attorneys**  2:11

**B**

**back**  8:22 9:3

**beginning**  2:1 4:4

**believed**  3:12

**believing**  4:11

**big**  7:8

**book**  7:21

**brother**  5:6

**brothers**  4:6,16 5:4,8 6:15,17 7:17

**C**

**caps**  7:9

**career**  8:22

**case**  2:4,20,21 3:13 4:4

**charge**  2:24 3:5

**charges**  2:5 3:10,12,23

**check**  5:9,12

**Chicago's**  2:7

**chose**  9:10

**clear**  6:22 7:1

**communicating**  6:5

**complaint**  3:3

**completely**  4:23 8:24

**concluded**  8:4

**conference**  5:12

**confirmed**  5:8

**confused**  2:19

**consistent**  4:3

**constantly**  6:4

**control**  8:24

**cooperated**  7:22

**cooperative**  8:2

**count**  3:2

**counts**  2:24 3:1,5 9:10

**court**  3:22

**crime**  2:6 8:23

**D**

**day**  8:10

**dealing**  9:5

**decided**  2:23 3:4

**decision**  3:7

**delayed**  6:4

**develops**  9:13

**dice**  3:4

**die**  7:7

**discontinue**  3:7

**discontinued**  3:24

**dismiss**  9:10

**dismissed**  3:13

**dispassioned**  9:8

**Don**  2:17

**doubling**  9:7

**dropped**  2:6

**E**

**earlier**  2:13

**Eddie**  5:11 7:12

**elevate**  3:4

**Emanuel**  2:8

**encountered**  4:5

**end**  9:16

**event**  9:1

**events**  2:20

**eventually**  6:7

**Everyone's**  3:14

**evidence**  9:9

**exoneration**  2:10

**expunge**  9:10

**F**

**false**  4:23 7:14 8:4

**falsely**  2:7

**FBI**  7:13 8:7,12

**federal**  8:14

**felony**  3:3

**fight**  3:23

**figure**  7:5

**Final**  8:16

**flight**  6:4

**flying**  6:3

**focus**  9:2

**forward**  2:24 3:21 7:13,17

**G**

**George**  3:12

**Glandian**  2:12,16 3:11,19 4:7,17,20, 23 5:5,18,21 6:13, 18,20 7:12 8:1,9, 13,20 9:14

**goal**  9:2

**guess**  7:20

**guilty**  3:22

**gun**  7:5

**H**

**hanging**  7:5

**happened**  9:5

**hard**  4:11

**hate**  2:6

**headlines**  3:16

**healing**  9:4

**heard**  2:8,13,17

**held**  5:12

**helped**  6:16

**high-profile**  3:14

**hired**  5:6

**hold**  9:9

**home**  6:13 7:19

**hour**  4:16,18,20 5:16

**hours**  6:4

**I**

**identified**  7:15

**identify**  4:10

**Illinois**  2:23

**important**  8:21

**incident**  3:1 5:23

**initial**  8:9 9:4

**initially**  4:10 8:1

**interview**  7:3 9:17

**investigation**  7:14,15 8:3

**involved**  4:11

**issue**  6:21

**J**

**Johnson**  5:11 7:12

**join**  2:11

**Jussie**  2:4 4:2 6:3 7:2,6,22,24 8:4,18, 21

**justice**  2:9

**K**

**knew**  4:6,12 6:11

**knowledge**  8:3

**L**

**landed**  6:8,9

**late**  6:8,9

**lawyer**  5:14

**leading**  5:23

**letter**  6:22,23 7:2, 4,16,18 8:10

**letters**  8:5

312.236.6936
877.653.6736
Fax 312.236.6968
**www.lexitaslegal.com**



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/27/2019

2

| | | | | |
|---|---|---|---|---|
| **level**  2:9,14 | **pause**  7:7 | **reversal**  2:4 | **sue**  8:19 | **video**  5:7 |
| **life**  8:22 9:3 | **phone**  4:15,24 6:10 | **Robin**  7:3 | **superintendent**  2:8 9:7 | **volumes**  4:1 |
| **lot**  2:22 | **planned**  6:5 | | **supposed**  6:1,6 | **voluntarily**  3:7,24 9:10 |
| **louder**  2:22 3:20 | **pled**  3:22 | **S** | | |
| **lying**  3:18 6:17 | **point**  8:2 9:1,12 | **screen**  6:23 | **T** | **W** |

**M**

**made**  3:6,15
**MAGA**  7:9
**magazine**  7:20
**make**  7:9
**mask**  4:9
**masked**  4:8
**matter**  3:4,14,24
**mayor**  2:8,13 9:7
**messages**  5:23
**mind**  2:21
**missing**  7:20
**misstatements**  5:11
**morning**  2:12 6:7
**motivation**  4:13
**move**  3:21
**music**  5:7

**N**

**national**  3:15
**night**  4:5 5:23 6:2, 6
**nutrition**  5:7 6:1

**O**

**ongoing**  7:15 8:3
**options**  8:20 9:13
**originally**  3:3

**P**

**pages**  7:20

**pointing**  7:5
**police**  2:7 4:15 6:22 7:1,10,19 8:17 9:7
**political**  9:1
**press**  5:12
**proceeded**  3:2,20
**produced**  4:24
**promptly**  7:13
**prosecution's**  2:23
**prosecutor**  9:8
**prosecutors**  2:5, 10
**put**  5:1

**Q**

**question**  8:16

**R**

**Rahm**  2:8
**ready**  3:21,23
**realized**  9:9
**reason**  5:21
**record**  9:11
**recording**  2:2
**records**  4:15,24
**red**  7:8
**reported**  8:10
**reporting**  2:7
**responded**  8:14
**response**  2:15
**return**  7:7,8

**search**  7:19
**seize**  7:19
**separate**  3:1
**session**  6:6
**shocked**  9:6
**show**  2:14 6:23
**sic**  5:20
**silent**  7:7
**slice**  3:4
**Smollett**  2:4,24 7:4,6
**Smollett's**  2:11
**speak**  2:22 3:19
**speaks**  4:1
**speculate**  4:12
**spiraled**  8:24
**spoke**  6:10
**spoken**  7:23 8:1
**stage**  6:16
**staged**  5:13
**staging**  2:6
**stamp**  7:20
**started**  9:3
**state**  2:23 7:17
**State's**  3:17
**statement**  2:17
**Stephanopoulos**  2:3 3:9,17 4:2,14, 18,22 5:3,14,19 6:12,15,19,21 7:10,23 8:6,12,16 9:14,17
**stick**  7:5
**stunning**  2:4

**talk**  2:18 5:4
**talked**  5:5,16,22
**talking**  3:14 4:15
**telling**  6:19 8:18
**text**  5:22
**texted**  6:7,9
**texting**  6:5
**texts**  5:24
**thing**  5:1
**time**  4:11
**Tina**  2:11 9:14
**told**  8:6,7
**track**  9:3
**train**  5:6 6:1,6
**training**  5:7,24 6:5
**tree**  7:5
**truth**  6:19 8:18
**truthful**  4:3
**turn**  2:19
**two-and-a-half**  3:6

**U**

**understand**  2:19
**unintelligible**  7:23
**unusual**  2:18
**upcoming**  5:7

**V**

**variety**  3:21
**victim**  8:23

**warrant**  2:17
**washing**  2:9
**ways**  3:21
**wearing**  4:9
**week**  6:24
**weeks**  3:6
**weigh**  9:12
**weighing**  8:20
**white**  2:9
**words**  2:22 3:20 7:6

**Y**

**yesterday**  9:8
**York**  6:3

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com

