# EXHIBIT B

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm

Audio Transcription

Taken on:  March 28, 2019



LEXITAS™
180 North LaSalle Street, Suite 2800
Chicago, IL 60601
312.236.6936
877.653.6736
www.lexitaslegal.com

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 03/28/2019                                                    Page 1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3    OLABINJO OSUNDAIRO and           )
      ABIMBOLA OSUNDAIRO,              )
 4    Individually,                    )
                                       )
 5                     Plaintiffs,     )
                                       )
 6            vs.                      )
      MARK GERAGOS, TINA GLANDIAN, and )
 7    GERAGOS & GERAGOS LAW FIRM,      )
                                       )
 8                     Defendants.     )

 9

10           The audio recording from 3/28/2019 held in the

11    above matter were taken down stenographically to the

12    best of her ability by Traci L. Gidley, Certified

13    Shorthand Reporter, Registered Professional Reporter,

14    and Notary Public, at 180 North LaSalle Street,

15    Suite 2800, Chicago, Illinois, commencing at 5:00 p.m.

16    on June 8, 2019.

17

18

19

20

21

22

23

24
```



1          (Whereupon, the beginning of the

2              recording from 3/28/19.)

3      MS. GUTHRIE:  We're joined now by Jussie Smollett's

4  attorney, Tina Glandian.  Tina, good morning.  It's good

5  to see you.

6          You're probably aware of this breaking news,

7  that the FBI and the Department of Justice are now

8  looking into the circumstances of the dismissal of

9  charges against your client.

10          Does that concern you?

11      MS. GLANDIAN:  Not -- Not at all.  I mean, we have

12  nothing to be concerned about because there was nothing

13  on our end to request this, to do anything improper,

14  and, to my knowledge, nothing improper was done.

15      MS. GUTHRIE:  Well, let's talk about.  Because

16  people look at this, they think this is a good deal for

17  your client.  Some people think it's a sweetheart deal,

18  and it's a bit suspicious.  So let's see if we can clear

19  things up.

20      MS. GLANDIAN:  Sure.

21      MS. GUTHRIE:  To your knowledge, since

22  February 20th when Jussie Smollett was initially

23  charged, did he, his family, friends, associates, did

24  anyone reach out to anyone in the State's Attorney's



1  office on his behalf?

2      MS. GLANDIAN:  I can't speak to what other people

3  did.  I can't -- I certainly don't know what all of

4  those individuals did.  But not to my knowledge, not at

5  our direction, and -- and I just don't think that --

6  that had nothing do with why prosecutors discussed

7  dismissing the case against Jussie.

8      MS. GUTHRIE:  You don't know of any contact by,

9  say, friends in high places --

10     MS. GLANDIAN:  I don't.

11     MS. GUTHRIE:  -- as has been suggested?

12     MS. GLANDIAN:  No.

13     MS. GUTHRIE:  Do you -- You know that Kim Foxx, the

14  State's Attorney who we just saw there, she recused

15  herself.

16     MS. GLANDIAN:  Right.

17     MS. GUTHRIE:  Do you know of any contact that you,

18  the lawyers, or anyone on Jussie Smollett's behalf had

19  with Kim Foxx since she recused?

20     MS. GLANDIAN:  No.

21     MS. GUTHRIE:  There was no involvement, as far as

22  you know, with Kim Foxx and the -- the decision to

23  dismiss these charges?

24     MS. GLANDIAN:  No.  The discussions were strictly



 1   with the prosecutors who were actually handling the

 2   case.

 3        MS. GUTHRIE:  Now, the prosecutor's office says

 4   that the charges were dropped in exchange for your

 5   client's agreement to forfeit $10,000 that he had paid

 6   in a bond and to do community service; is that correct?

 7   Were those conditions on his dismissal of charges?

 8        MS. GLANDIAN:  There were no conditions, and there

 9   was no -- obviously, there was no plea, there was no

10   agreement in place.  They did want him to forfeit the

11   bond, and that's something we discussed with him and he

12   initially struggled with because he -- he didn't want

13   the perception to be that he had done anything wrong.

14            But at the end of the day, forfeiting $10,000

15   versus putting your life on hold for a year was a small

16   cost to pay.

17        MS. GUTHRIE:  But to be clear, because the

18   prosecutors are now trying to say, Well, there were

19   conditions; this wasn't a get-out-of-jail-free card.

20            You're saying he chose to forfeit that bond

21   essentially voluntarily?

22        MS. GLANDIAN:  Yeah.  He -- I mean, well -- well,

23   they -- they had asked if he would do that, and we

24   advised him that he should do that because it was going



1   to cost him almost -- you know, multiples of that number

2   to go to trial.

3        MS. GUTHRIE:  What -- What about the community

4   service aspect of it?

5        MS. GLANDIAN:  The community service is something

6   we initially raised ourselves at the initial bond

7   hearing saying this is somebody who's volunteered hours

8   of hours, thousands of hours since he was a teenager to

9   all sorts of organizations.  That's something he's

10  always done.

11           So in our discussions with the prosecution, we

12  told them about his volunteer service, we did show them

13  a few letters of his ongoing community service to show

14  that he's --

15       MS. GUTHRIE:  But was this a condition of the

16  charges being released, he's got to do this community

17  service?

18       MS. GLANDIAN:  He had to do nothing.  There was no

19  obligations, no conditions.  These are things that he

20  choose to do because that's his character.  And, again,

21  you can find out from multiple sources that this is what

22  he's done for years and years and years with multiple

23  organizations.

24       MS. GUTHRIE:  Let's talk about some the facts here.



```
 1        MS. GLANDIAN:  Sure.

 2        MS. GUTHRIE:  First of all, it -- is it your

 3   position that he is, in fact, factually innocent?

 4        MS. GLANDIAN:  Absolutely.

 5        MS. GUTHRIE:  He didn't --

 6        MS. GLANDIAN:  No question.

 7        MS. GUTHRIE:  He didn't stage his own hate crime?

 8        MS. GLANDIAN:  (Shaking head.)

 9        MS. GUTHRIE:  No?

10        MS. GLANDIAN:  No.  No.  Absolutely not.

11        MS. GUTHRIE:  Yeah.  He didn't send a letter of

12   fake death threat to himself?

13        MS GLANDIAN:  He had nothing to do with the letter.

14        MS. GUTHRIE:  Okay.  It's undisputed, is it not,

15   that whatever the motive, the -- the Osundairo brothers,

16   they are the attackers here, correct?

17        MS. GLANDIAN:  When you say it's undisputed, we've

18   actually -- there's been more information that leaks

19   than we've actually received from the prosecution in

20   discovery in this case which is a little absurd, but

21   that's the situation.  We've never received any of the

22   videos that have been referenced.

23        MS. GUTHRIE:  Well --

24        MS. GLANDIAN:  So we've heard about videos and
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 03/28/2019                                    Page 7

1  surveillance and things like that.  We haven't seen it.

2  So --

3      MS. GUTHRIE:  Well, I'm talking about Jussie

4  Smollett on TV.  He looked at that surveillance picture,

5  was shown the picture, they said, Are those your

6  attackers?  He said, Yes.  He knew that those were his

7  attackers.  Okay.  And then we know that that picture

8  was of the Osundairo brothers, correct?

9      MS. GLANDIAN:  But when you say we know, that -- I

10 mean, we believe that this at this point with the

11 information we've been told.  But, again, a lot of

12 the -- the information that the police -- the CPD has

13 put out there and said is evidence has turned out not to

14 be evidence.

15         So we do have to question -- Again, you know,

16 he initially had a hard time believing because he was

17 friendly with one of the brothers.  He didn't really

18 know the older one very well.  But he was friendly with

19 Able.  And so he had a hard time believing that his

20 friend would be behind this.  But at this point --

21     MS. GUTHRIE:  What would the motive be?  What would

22 the motive for the brothers to be?

23     MS. GLANDIAN:  We would be speculating at this

24 time, you know, and I don't want to go on record right



1  now and give my own theory of the case.  But I -- I do

2  have a theory, but, you know, it is speculation.

3       MS. GUTHRIE:  They didn't get money, right?

4       MS. GLANDIAN:  I'm sorry?

5       MS. GUTHRIE:  They didn't steal money from him?

6       MS. GLANDIAN:  They did not, no.

7       MS. GUTHRIE:  They didn't take a phone?

8       MS. GLANDIAN:  No.

9       MS. GUTHRIE:  Not a car?

10      MS. GLANDIAN:  No.  No.  There was no theft.  There

11  was -- I mean, it nothing short of pretty much the --

12  the brief interaction that you've heard of.

13      MS. GUTHRIE:  Was it just coincidence or, if you're

14  the Osundairo brothers, luck that they happened to run

15  across him in his neighborhood at 2:00 a.m.?

16      MS. GLANDIAN:  Neither.  So they knew he was going

17  to be in his neighborhood at 2:00 a.m.  So he was -- He

18  had hired Able, as we've said, for training and

19  nutrition.  They were in regular communication.  He --

20  Jussie was on his way back to Chicago from New York that

21  night, and he was in constant communication with Able

22  via text and phone call because they were supposed to

23  train that evening --

24      MS. GUTHRIE:  But --



1    MS. GLANDIAN:  -- and he was delayed for four

2  hours.

3    MS. GUTHRIE:  -- he spoke to them about an hour and

4  15 minutes before this attack.

5    MS. GLANDIAN:  Correct.

6    MS. GUTHRIE:  Then he walks out of his apartment at

7  2:00 a.m., and, low and behold, there are these brothers

8  waiting to attack him.

9    MS. GLANDIAN:  Right.

10    MS. GUTHRIE:  They knew he was --

11    MS. GLANDIAN:  So --

12    MS. GUTHRIE:  Did he tell him, I'll be leaving the

13  house at 2:00 a.m.?

14    MS. GLANDIAN:  So what -- Yes.  So -- So what

15  happened is he spoke to Able, they were supposed to

16  train, he was delayed for four hours.  And, initially,

17  he thought -- he told him, We'll still train when I get

18  in.  It's going to be a little late.  When it turned out

19  to be a four-hour delay and he was getting in after

20  midnight, he obviously told him, We're not going to

21  train any longer, and they were supposed to still train

22  in the morning, and they were scheduling that.  And Able

23  said make sure you eat, you know, and he had put --

24  given him a nutrition plan, and Juss- -- and he had to



1   eat eggs, four eggs or something --

2         MS. GUTHRIE:  What --

3         MS. GLANDIAN:  -- and he said --

4         MS. GUTHRIE:  What does that have to do with coming

5   out of the house?  Yeah.

6         MS. GLANDIAN:  He said, I don't think I have any,

7   but I'll run out and get some.  And he was being picked

8   up by somebody.  So he made it clear that he was on his

9   way.

10         And, you know, on that note, too --

11         MS. GUTHRIE:  Yeah.

12         MS. GLANDIAN:  -- their story says that, you know,

13   they thought -- or that he -- he allegedly planned the

14   attack for 2:00 a.m. sharp.  And, according to the

15   police, they arrived at 1:22 p.m. [sic], and it's

16   freezing cold, and if you look at the timing, it's a

17   15-minute car ride.  So why would you get there

18   40 minutes early if --

19         MS. GUTHRIE:  Well, some people are early birds.

20         MS. GLANDIAN:  -- if this is actually -- well, to

21   wait in that cold weather which Jussie got so much grief

22   for that he went out for a sandwich in the cold.  But

23   the brothers apparently waited in the cold for

24   40 minutes?



 1        MS. GUTHRIE:  Well, if they were going to attack

 2   him, I guess they were just -- I mean, they were looking

 3   for their opportunity.

 4        MS. GLANDIAN:  Right.  But I'm saying it makes much

 5   more sense, if you look at it through that lens, that

 6   they were trying to catch him as soon as he got home, as

 7   opposed to if this was at 2:00 a.m. --

 8        MS. GUTHRIE:  Okay.

 9        MS. GLANDIAN:  -- you get there 40 minutes early.

10        MS. GUTHRIE:  According to the Court records, he --

11   Smollett -- was very clear with the police on the night

12   of the attack that his attackers were white.  He said

13   they had masks on and gloves, but he saw their eyes and

14   he saw the skin surrounding their eyes.

15         Was that a false statement?

16        MS. GLANDIAN:  So he -- Just to be clear, he only

17   saw one of the attackers, one of them he didn't see.  He

18   saw one through a ski mask.  Again, he could not see

19   their body.  Everything was covered.  And he had a full

20   ski mask on, except the area around the eyes.  He did

21   tell police that he -- from what he saw, he thought it

22   was pale skin or -- white or pale skin was, I think,

23   what he said.  And that was what he -- and that's why he

24   initially had -- did have a hard time --

1      MS. GUTHRIE:  Why did he say that?  He could have

2   said, I don't know.

3      MS. GLANDIAN:  He could have.  But this -- Again,

4   he's being truthful.

5      MS. GUTHRIE:  But the Osundairo brothers, what are

6   the chances that that's the case, that he saw somebody

7   with light skin?

8      MS. GLANDIAN:  Well, you know, I mean, I think

9   there's -- obviously, you can disguise that.  You could

10  put makeup on.  There is, actually, interestingly

11  enough, a video.  You know, I think police did minimal

12  investigation in this case.  It was -- It took me all of

13  five minutes to Google -- you know, I was looking up the

14  brothers, and one of the first videos that showed up,

15  actually, was one of the brothers in white face doing a

16  Joker monologue with white makeup on.  And so it's

17  not -- it's not implausible.

18     MS. GUTHRIE:  Couple quick things:  He said that

19  these police -- these individuals were yelling at him

20  these homophobic and racist smears.

21         Why didn't he recognize their voices?  He had

22  just hung up -- literally just hung up with one of them.

23     MS. GLANDIAN:  Sure.  I mean, people -- people say

24  this as if this is a regular interaction.  I mean, if



 1   you're walking in the street and somebody screams, you

 2   turn around, and the fir- -- before you can even process

 3   what they look like, you've been punched in the face.

 4   And now, next thing, you're on the floor and it's --

 5   you're being kicked.

 6           I mean, this is not a regular -- this was a

 7   very brief interaction.  You know, all of 30 to

 8   45 seconds with your head being thrown around by

 9   punches.  And so this isn't somebody who's digesting

10   what's happening.  I mean, this is -- there's excitement

11   and fear and all of these things happening.  And so --

12       MS. GUTHRIE:  Finally, I want to just play you a

13   portion of an interview that Jussie did recently and ask

14   you about it.

15                   (Whereupon, the following excerpt

16                    video interview was played.)

17       MR. SMOLLETT:  I understand how difficult it will

18   be to find them.  But we gotta.  I still want to believe

19   with everything that has happened that there's something

20   called justice.

21                   (Whereupon, the end of the excerpt

22                    video interview.

23       MS. GUTHRIE:  If he is a victim of a crime as he

24   contents, will he urge prosecutors to bring charges



 1   against the Osundairo brothers, and will he be willing

 2   to testify?

 3        MS. GLANDIAN:  You know, I think in light of what

 4   he's been through the last two months, he really just --

 5   you know, he's told me numerous times, I don't even care

 6   about what happened, I just want to move on.  I mean,

 7   what's happen after the fact --

 8        MS. GUTHRIE:  That makes sense, though.

 9        MS. GLANDIAN:  Well, it does.

10        MS. GUTHRIE:  This is a terrible attack.

11        MS. GLANDIAN:  What that attack was pales in

12   comparison to the attack on him by the mayor, by the

13   CPD, by the press, but the public.

14        MS. GUTHRIE:  He would be vindicated if these two

15   were exposed as liars in a court of law, would he not?

16        MS. GLANDIAN:  We -- And -- And we would want that.

17   But what he's been through after the fact has really

18   been a much harsher attack than what he endured that

19   night.

20             This wasn't a -- a very brutal attack.

21   Obviously, it was frightening and it's something he did

22   not deserve, but they didn't -- they didn't beat him so

23   badly that, you know -- he, at this point, again, has

24   been victimized much more by what's happened afterwards



1    than what happened that night.

2         MS. GUTHRIE:  Tina Glandian, thank you for spending

3    time and answering questions.  It's always appreciated.

4         MS. GLANDIAN:  My pleasure.

5                          (Whereupon, the end of the Guthrie

6                           interview.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



1   STATE OF ILLINOIS      )
                           ) SS.
2   COUNTY OF COOK         )

3

4           The within and foregoing recorded audio

5   excerpt was taken down stenographically and transcribed

6   to the best of her ability by Traci L. Gidley, Certified

7   Shorthand Reporter, Registered Professional Reporter,

8   and Notary Public at the offices of Jensen Litigation

9   Solutions, 180 North LaSalle Street, Suite 2800,

10  Chicago, Illinois, at 5:00 p.m. on June 8th, 2019.

11          Witness my official signature in and for Cook

12  County, Illinois, on this 20th day of June, A.D.,

13  2019.

14

15                  _____

16                  TRACI L. GIDLEY, CSR, RPR
                    180 North LaSalle Street
17                  Suite 2800
                    Chicago, Illinois 60601
18                  Phone:  (312) 236-6936

19

    CSR No. 084-004643
20

21

22

23

24



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/28/2019                                              1

### $

**$10,000** 4:5,14

### 1

**15** 9:4
**15-minute** 10:17
**1:22** 10:15

### 2

**20th** 2:22
**2:00** 8:15,17 9:7,
13 10:14 11:7

### 3

**3/28/19** 2:2
**30** 13:7

### 4

**40** 10:18,24 11:9
**45** 13:8

### A

**a.m.** 8:15,17 9:7,
13 10:14 11:7
**Absolutely** 6:4,10
**absurd** 6:20
**advised** 4:24
**agreement** 4:5,10
**allegedly** 10:13
**answering** 15:3
**apartment** 9:6
**apparently** 10:23
**appreciated** 15:3
**area** 11:20
**arrived** 10:15
**aspect** 5:4

**associates** 2:23
**attack** 9:4,8 10:14
11:1,12 14:10,11,
12,18,20
**attackers** 6:16
7:6,7 11:12,17
**attorney** 2:4 3:14
**Attorney's** 2:24
**aware** 2:6

### B

**back** 8:20
**badly** 14:23
**beat** 14:22
**beginning** 2:1
**behalf** 3:1,18
**behold** 9:7
**believing** 7:16,19
**birds** 10:19
**bit** 2:18
**body** 11:19
**bond** 4:6,11,20 5:6
**breaking** 2:6
**bring** 13:24
**brothers** 6:15 7:8,
17,22 8:14 9:7
10:23 12:5,14,15
14:1
**brutal** 14:20

### C

**call** 8:22
**called** 13:20
**car** 8:9 10:17
**card** 4:19
**care** 14:5
**case** 3:7 4:2 6:20
8:1 12:6,12
**catch** 11:6

**chances** 12:6
**character** 5:20
**charged** 2:23
**charges** 2:9 3:23
4:4,7 5:16 13:24
**Chicago** 8:20
**choose** 5:20
**chose** 4:20
**circumstances**
2:8
**clear** 2:18 4:17
10:8 11:11,16
**client** 2:9,17
**client's** 4:5
**coincidence** 8:13
**cold** 10:16,21,22,
23
**communication**
8:19,21
**community** 4:6
5:3,5,13,16
**comparison**
14:12
**concern** 2:10
**concerned** 2:12
**condition** 5:15
**conditions** 4:7,8,
19 5:19
**constant** 8:21
**contact** 3:8,17
**contents** 13:24
**correct** 4:6 6:16
7:8 9:5
**cost** 4:16 5:1
**Couple** 12:18
**court** 11:10 14:15
**covered** 11:19
**CPD** 7:12 14:13
**crime** 6:7 13:23

### D

**day** 4:14
**deal** 2:16,17
**death** 6:12
**decision** 3:22
**delay** 9:19
**delayed** 9:1,16
**Department** 2:7
**deserve** 14:22
**difficult** 13:17
**digesting** 13:9
**direction** 3:5
**discovery** 6:20
**discussed** 3:6
4:11
**discussions** 3:24
5:11
**disguise** 12:9
**dismiss** 3:23
**dismissal** 2:8 4:7
**dismissing** 3:7
**dropped** 4:4

### E

**early** 10:18,19
11:9
**eat** 9:23 10:1
**eggs** 10:1
**end** 2:13 4:14
13:21 15:5
**endured** 14:18
**essentially** 4:21
**evening** 8:23
**evidence** 7:13,14
**excerpt** 13:15,21
**exchange** 4:4
**excitement** 13:10

**exposed** 14:15
**eyes** 11:13,14,20

### F

**face** 12:15 13:3
**fact** 6:3 14:7,17
**facts** 5:24
**factually** 6:3
**fake** 6:12
**false** 11:15
**family** 2:23
**FBI** 2:7
**fear** 13:11
**February** 2:22
**Finally** 13:12
**find** 5:21 13:18
**fir-** 13:2
**floor** 13:4
**forfeit** 4:5,10,20
**forfeiting** 4:14
**four-hour** 9:19
**Foxx** 3:13,19,22
**freezing** 10:16
**friend** 7:20
**friendly** 7:17,18
**friends** 2:23 3:9
**frightening** 14:21
**full** 11:19

### G

**get-out-of-jail-
free** 4:19
**give** 8:1
**Glandian** 2:4,11,
20 3:2,10,12,16,
20,24 4:8,22 5:5,
18 6:1,4,6,8,10,13,
17,24 7:9,23 8:4,6,
8,10,16 9:1,5,9,11,



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/28/2019                                                                          2

14 10:3,6,12,20
11:4,9,16 12:3,8,
23 14:3,9,11,16
15:2,4

**gloves** 11:13

**good** 2:4,16

**Google** 12:13

**gotta** 13:18

**grief** 10:21

**guess** 11:2

**Guthrie** 2:3,15,21
3:8,11,13,17,21
4:3,17 5:3,15,24
6:2,5,7,9,11,14,23
7:3,21 8:3,5,7,9,
13,24 9:3,6,10,12
10:2,4,11,19 11:1,
8,10 12:1,5,18
13:12,23 14:8,10,
14 15:2,5

**H**

**handling** 4:1

**happen** 14:7

**happened** 8:14
9:15 13:19 14:6,24
15:1

**happening** 13:10,
11

**hard** 7:16,19 11:24

**harsher** 14:18

**hate** 6:7

**head** 6:8 13:8

**heard** 6:24 8:12

**hearing** 5:7

**high** 3:9

**hired** 8:18

**hold** 4:15

**home** 11:6

**homophobic**
12:20

**hour** 9:3

**hours** 5:7,8 9:2,16

**house** 9:13 10:5

**hung** 12:22

**I**

**implausible**
12:17

**improper** 2:13,14

**individuals** 3:4
12:19

**information** 6:18
7:11,12

**initial** 5:6

**initially** 2:22 4:12
5:6 7:16 9:16
11:24

**innocent** 6:3

**interaction** 8:12
12:24 13:7

**interestingly**
12:10

**interview** 13:13,
16,22 15:6

**investigation**
12:12

**involvement** 3:21

**J**

**joined** 2:3

**Joker** 12:16

**Juss-** 9:24

**Jussie** 2:3,22 3:7,
18 7:3 8:20 10:21
13:13

**justice** 2:7 13:20

**K**

**kicked** 13:5

**Kim** 3:13,19,22

**knew** 7:6 8:16
9:10

**knowledge** 2:14,
21 3:4

**L**

**late** 9:18

**law** 14:15

**lawyers** 3:18

**leaks** 6:18

**leaving** 9:12

**lens** 11:5

**letter** 6:11,13

**letters** 5:13

**liars** 14:15

**life** 4:15

**light** 12:7 14:3

**literally** 12:22

**longer** 9:21

**looked** 7:4

**lot** 7:11

**low** 9:7

**luck** 8:14

**M**

**made** 10:8

**make** 9:23

**makes** 11:4 14:8

**makeup** 12:10,16

**mask** 11:18,20

**masks** 11:13

**mayor** 14:12

**midnight** 9:20

**minimal** 12:11

**minutes** 9:4
10:18,24 11:9
12:13

**money** 8:3,5

**monologue** 12:16

**months** 14:4

**morning** 2:4 9:22

**motive** 6:15 7:21,
22

**move** 14:6

**multiple** 5:21,22

**multiples** 5:1

**N**

**neighborhood**
8:15,17

**news** 2:6

**night** 8:21 11:11
14:19 15:1

**note** 10:10

**number** 5:1

**numerous** 14:5

**nutrition** 8:19
9:24

**O**

**obligations** 5:19

**office** 3:1 4:3

**older** 7:18

**ongoing** 5:13

**opportunity** 11:3

**opposed** 11:7

**organizations**
5:9,23

**Osundairo** 6:15
7:8 8:14 12:5 14:1

**P**

**p.m.** 10:15

**paid** 4:5

**pale** 11:22

**pales** 14:11

**pay** 4:16

**people** 2:16,17 3:2
10:19 12:23

**perception** 4:13

**phone** 8:7,22

**picked** 10:7

**picture** 7:4,5,7

**place** 4:10

**places** 3:9

**plan** 9:24

**planned** 10:13

**play** 13:12

**played** 13:16

**plea** 4:9

**pleasure** 15:4

**point** 7:10,20
14:23

**police** 7:12 10:15
11:11,21 12:11,19

**portion** 13:13

**position** 6:3

**press** 14:13

**pretty** 8:11

**process** 13:2

**prosecution** 5:11
6:19

**prosecutor's** 4:3

**prosecutors** 3:6
4:1,18 13:24

**public** 14:13

**punched** 13:3

**punches** 13:9

**put** 7:13 9:23
12:10

**putting** 4:15

**Q**

**question** 6:6 7:15

**questions** 15:3

**quick** 12:18



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 03/28/2019                                                                              3

---

**R**

racist 12:20

raised 5:6

reach 2:24

received 6:19,21

recently 13:13

recognize 12:21

record 7:24

recording 2:2

records 11:10

recused 3:14,19

referenced 6:22

regular 8:19 12:24
13:6

released 5:16

request 2:13

ride 10:17

run 8:14 10:7

---

**S**

sandwich 10:22

scheduling 9:22

screams 13:1

seconds 13:8

send 6:11

sense 11:5 14:8

service 4:6 5:4,5,
12,13,17

shaking 6:8

sharp 10:14

short 8:11

show 5:12,13

showed 12:14

shown 7:5

sic 10:15

situation 6:21

ski 11:18,20

skin 11:14,22 12:7

small 4:15

smears 12:20

Smollett 2:22 7:4
11:11 13:17

Smollett's 2:3
3:18

sorts 5:9

sources 5:21

speak 3:2

speculating 7:23

speculation 8:2

spending 15:2

spoke 9:3,15

stage 6:7

State's 2:24 3:14

statement 11:15

steal 8:5

story 10:12

street 13:1

strictly 3:24

struggled 4:12

suggested 3:11

supposed 8:22
9:15,21

surrounding
11:14

surveillance 7:1,
4

suspicious 2:18

sweetheart 2:17

---

**T**

talk 2:15 5:24

talking 7:3

teenager 5:8

terrible 14:10

testify 14:2

text 8:22

theft 8:10

theory 8:1,2

thing 13:4

things 2:19 5:19
7:1 12:18 13:11

thought 9:17
10:13 11:21

thousands 5:8

threat 6:12

thrown 13:8

time 7:16,19,24
11:24 15:3

times 14:5

timing 10:16

Tina 2:4 15:2

told 5:12 7:11
9:17,20 14:5

train 8:23 9:16,17,
21

training 8:18

trial 5:2

truthful 12:4

turn 13:2

turned 7:13 9:18

TV 7:4

---

**U**

understand 13:17

undisputed 6:14,
17

urge 13:24

---

**V**

versus 4:15

victim 13:23

victimized 14:24

video 12:11 13:16,
22

videos 6:22,24
12:14

vindicated 14:14

voices 12:21

voluntarily 4:21

volunteer 5:12

volunteered 5:7

---

**W**

wait 10:21

waited 10:23

waiting 9:8

walking 13:1

walks 9:6

weather 10:21

white 11:12,22
12:15,16

wrong 4:13

---

**Y**

year 4:15

years 5:22

yelling 12:19

York 8:20

---

