# EXHIBIT C

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm

Audio Transcription

Taken on:  April 06, 2019



**LEXITAS™**
180 North LaSalle Street, Suite 2800
Chicago, IL 60601
**312.236.6936**
**877.653.6736**
www.lexitaslegal.com

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3   OLABINJO OSUNDAIRO and          )
     ABIMBOLA OSUNDAIRO,             )
 4   Individually,                   )
                                     )
 5                  Plaintiffs,      )
                                     )
 6          vs.                      )
     MARK GERAGOS, TINA GLANDIAN, and )
 7   GERAGOS & GERAGOS LAW FIRM,     )
                                     )
 8                  Defendants.      )

 9

10           The audio recording from 4/6/2019 held in the

11   above matter were taken down stenographically to the

12   best of her ability by Traci L. Gidley, Certified

13   Shorthand Reporter, Registered Professional Reporter,

14   and Notary Public, at 180 North LaSalle Street,

15   Suite 2800, Chicago, Illinois, commencing at 5:00 p.m.

16   on June 8, 2019.

17

18

19

20

21

22

23

24
```



```
 1              (Whereupon, the beginning of the
 2              recording from 4/6/19.)
 3         UNIDENTIFIED ANNOUNCER:  This is Reasonable Doubt
 4    with your hosts Mark Geragos and Adam Carolla.
 5         MR. CAROLLA:  May I get it on, got to on, judgment
 6    get it on, mandate get it on, and welcome to the best
 7    hour in the universe.  It's Reasonable Doubt.  I'm Adam
 8    Carolla.  It's Mark Geragos over there.
 9              Mark, you're calling from where?
10         MR. GERAGOS:  I'm calling from New York.  I'm
11    getting prepared to pick a jury on Monday in Federal
12    Court here in Brooklyn.  And (unintelligible) I really
13    like the fact that we do Reasonable Doubt on Friday
14    (unintelligible.)  That's -- It's my favorite.
15         MR. CAROLLA:  Sorry.
16         MR. GERAGOS:  It's the perfect way to cap the week.
17         MR. CAROLLA:  I agree.  The phone was a little
18    screwy for a second, but we got the gist of what you're
19    saying.
20              Tina Glandian -- I think I'm pronouncing that
21    right -- is one of your associates, right?
22         MR. GERAGOS:  Yep.  She's -- She runs the New York
23    office.
24         MR. CAROLLA:  And she's Jussie Smollett's attorney,
```

15:42:01 (line 5)
15:42:16 (line 10)
15:42:36 (line 15)
15:42:44 (line 20)



1    as well, right?

2        MR. GERAGOS:  Correct.  Correct.  And I think she's

3    going to call in here shortly.

4        MR. CAROLLA:  Yeah.  I think we're going to grab

15:43:03  5    here.

6        MR. GERAGOS:  And -- And She's the one -- She's the

7    one who in the pictures, if you see in court, has kind

8    of -- looks to be -- I won't tell her age, I think that

9    that's a problem -- she looks young --

15:43:14  10        MR. CAROLLA:  Yes.

11        MR. GERAGOS:  -- long kind of blondish hair.

12        MR. CAROLLA:  Yes.  I -- I can see her in my mind's

13    eye.  And --

14        MR. GERAGOS:  Right.

15:43:25  15        MR. CAROLLA:  -- we'll talk to her.  So breaking --

16        MR. GERAGOS:  And quite a week -- Quite a week in

17    Smollettland.

18        MR. CAROLLA:  Well, I'm going to set the table by

19    saying I've never gotten more hateful Tweets in my life

15:43:36  20    than after discussing the Smollett case with Mark

21    Geragos.  So I now know what it's like --

22        MR. GERAGOS:  Right.

23        MR. CAROLLA:  -- to be, like, a hated politician or

24    something.  And I -- I got to be honest, when I sit



```
          1   around other celebrities and other folks and they go,

          2   Oh, you know, all the haters, all the haters out there,

          3   all the haters.  And I never want to say anything, but

          4   my fans are great.  I read almost no negative Tweets

15:44:00  5   about me, and it was all awesome until last week.  And

          6   then --

          7        MR. GERAGOS:  I know.  It's -- And then they came

          8   out, and it was the -- and the level of, how should I

          9   put it, just kind of vitriol --

15:44:15 10        MR. CAROLLA:  Yeah.

         11        MR. GERAGOS:  -- is -- is that next level.  I don't

         12   even get it.  I -- It -- It really -- They -- There are

         13   certain cases and certain things that just hit a nerve,

         14   and this, obviously, is one of them.  It just hits a

15:44:31 15   nerve.

         16             I think I told you the first -- the first week

         17   when he came in and I was talking with him and I just

         18   finished a -- wrapped up Kaepernick, and then this case

         19   came in, and I was like -- I -- I think I said I could

15:44:48 20   have just kind of ridden into the sunset on a high, but

         21   I guess I -- I just love to rile up the crazies.  I

         22   don't know.

         23        MR. CAROLLA:  Well, you're --

         24        MR. GERAGOS:  (Unintelligible.)
```



```
          1        MR. CAROLLA:  -- you're definitely one of those

          2   people.  There's -- There's two kinds of people.

          3   There's one kind of person that has a toothache, so they

          4   immediately go to the dentist.  And then there's another

15:45:07  5   kind of person that has a toothache, so they flick it

          6   with their tongue three times a day so it makes them

          7   feel like they're alive.  So if you're a teenage girl,

          8   you definitely cut on yourself.  There's no doubt about

          9   it.

15:45:20 10        Tina -- Attorney Tina, Gary, is going to pop

         11   up on one lines, but I'm not seeing her -- oh.  Now she

         12   is on --

         13        MR. GERAGOS:  I think she's trying in --

         14        MR. CAROLLA:  Tina --

15:45:28 15        MR. GERAGOS:  While we're waiting for that, can I

         16   say one thing?

         17        MR. CAROLLA:  Yeah.  Go ahead.

         18            Just put her on hold, Gary.

         19                (4:56 into the podcast was a

15:45:34 20                commercial for Tommy John.)

         21        MR. CAROLLA:  So Tina's on Line 5.  Tina is

         22   Jussie's attorney.

         23            Tina, can you hear -- can you hear us?

         24        MS. GLANDIAN:  I can hear you, yes.
```



         1          MR. CAROLLA:  Oh.  That's good.  Thank you.

         2              All right.  So let's see if we can work Gary's

         3  technological miracle here of having everyone in a

         4  different state and putting it all together on the same

15:46:59 5  podcast.

         6              So breaking news which is City of Chicago

         7  wants 130 large as reimbursement.

         8              First, catch us up on -- on that piece of

         9  news, if you could, Tina.

15:47:12 10         MS. GLANDIAN:  Sure.  So we -- we sent a response

        11  back.  They had given us a deadline of a week, which was

        12  totally arbitrary.  They, obviously, don't have to do

        13  anything within a week.  But we responded by letter,

        14  basically, setting forth all the reasons why they can't

15:47:25 15 do what they're trying to do, and then -- so saying, you

        16  know what, if they -- if they insist on moving forward,

        17  we're happy to do so.

        18              We plan to takes the depositions of Mayor Rahm

        19  Emanuel, Eddie Johnson, a couple of others, their

15:47:41 20 attorneys, and let the public actually hear the truth in

        21  this case.

        22          MR. CAROLLA:  I'm guessing you guys -- and -- and

        23  this -- I don't know if this would be unprecedented.  I

        24  don't -- I've never heard of a time of when they were



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription - 04/06/2019                                              Page 7

 1   re-compensated or compensated for a case that they

 2   dropped, but has it ever happened in the annuls of court

 3   history, as far as you know?

 4        MS. GLANDIAN:  Not from our research, no.  And the

15:48:06  5   statute they're actually relying on is not -- this is

 6   kind of part of Chicago's off claims act statute which

 7   is really not for anything like this, and our research

 8   hasn't -- has disclosed no cases where it's been used

 9   for (unintelligible) and, you know, for an

15:48:22 10   investigation.  So it's totally unprecedented, and I

11   think the way they're trying to apply this is totally

12   unconstitutional under the facts of this case.

13        MR. CAROLLA:  Are they attempting to save face in

14   the public's eye because the outrage amongst the public

15:48:37 15   was -- was so -- was so demonstrative?

16        MS. GLANDIAN:  Yeah.  I think that's exactly what

17   they're trying to do by this.

18        MR. CAROLLA:  Is -- Is -- Are you guys -- maybe

19   this is more of a question for Mark -- we don't have to

15:48:49 20   get into numbers here, but you're talking about throwing

21   good money after bad here.  I mean, when you're talking

22   about sitting down and deposing the mayor and the police

23   chief and -- you know, over a case that there's no pot

24   of gold at the end of the rainbow.



1    Kaepernick suing the NFL, I get the upside of

2    that, this, no -- no financial upside.  So what's in it

3    for you?  How's it working?  Who pays the bills?

4       MR. GERAGOS:  You know, that's a very interesting

15:53:15  5    thing because people often ask why do you do this or why

6    don't you.

7         And especially for haters, the thing that I

8    think they should understand is if they're going to do

9    this to somebody -- and, by the way, you know, the same

15:53:33  10   person who's got three followers who's vitriol because

11   they know he's guilty even though they've never seen the

12   discovery because it's never been released and there --

13   the file is sealed, but they're positive because the

14   Chicago superintendent and police went on TV and made

15:53:52  15   this -- this case which was demonstrably wrong, and then

16   Ms. State's Attorney, when they took a look at the file,

17   stood up, and dismissed it knowing, of course, that

18   anybody who -- who's ever practiced in the criminal law

19   field know that to get a prosecutor to dismiss, you must

15:54:11  20   have -- you must have an issue.

21        And, clearly, as I've said on a couple of the

22   previous episodes, the issue here was that the

23   superintendent of police went out there and said

24   demonstrably false things.  They knew that they couldn't



 1   back it up, they knew that ethically that that was a

 2   real challenge because you're not supposed to go out

 3   there and do that.

 4          And so the State's Attorney did something that

15:54:36  5   was brave and said, Look, it's a Class 4 felony.  We're

 6   not going to get into this.  We don't have

 7   corroboration, which is what I said from Day 1.  And

 8   what I mean by corroboration is just because somebody

 9   says you did something or somebody says you knew

15:54:51 10   something does not mean that you did.  That's not

11   America.  That might be North Korea, that might be the

12   old Soviet Union, but it's not the American criminal

13   justice system.

14          MR. CAROLLA:  Circling back to the question --

15:55:07 15          MR. GERAGOS:  Just going back to your answer is if

16   I get this dismissed and then I tell the guy, Oh, just

17   write them a check so that Rahm Emanuel, the diminutive

18   outgoing mayor of Chicago, can showboat on his way out

19   the door because, like, he didn't -- mind you, this is

15:55:24 20   the same guy and the same people who are so

21   (unintelligible) the first people who will tell you that

22   he ran the city into the ground, and he couldn't get

23   re-elected, and the superintendent of police is not

24   going to be superintendent of police for much longer,



 1    either, because they just elected a new mayor.

 2            If I'm going to walk away from that and say,

 3    Okay, you can go showboat, that's it, then why am I

 4    doing what I do?

15:55:48  5        So, yeah, I don't always do it for the money.

 6    There are mixed motivations.  If I always did it for the

 7    money -- I've said this to my young lawyers -- there are

 8    easier ways to make a living than to do what we do.

 9    so --

15:56:00  10      MR. CAROLLA:  So this -- this falls -- This

11    falls --

12            MR. GERAGOS:  At a certain point --

13            MR. CAROLLA:  -- under the heading of

14    (unintelligible.)

15:56:05  15      MR. GERAGOS:  -- somebody needs -- yeah, it really

16    does.

17            MR. CAROLLA:  Well, I mean, Jussie --

18            MR. GERAGOS:  It is.

19            MR. CAROLLA:  I'm just -- I'm just trying to ask --

15:56:14  20  I'm trying to anticipate all the horrible questions I

21    get via Twitter the next day when they want to know, Why

22    didn't you ask him this and why didn't you ask him that?

23            So I'm guessing at your hourly rate, your

24    standard rate, Jussie Smollett is not paying you to



            1    continue billing him on an hourly rate; this is

            2    something that you guys have picked up, maybe sort of

            3    pro bono, and said, This is more than a payday; this is

            4    something -- this is a --

15:56:39    5          MR. GERAGOS:  Right.  Let's --

            6          MR. CAROLLA:  -- wrong that needs to be righted.

            7          MR. GERAGOS:  Let's not get excess- -- Let's not

            8    get excessive about pro bono, but at the same time --

            9          MS. GLANDIAN:  I'm trying to twist Mark's arm on

15:56:49   10    that, but I don't know if we're there yet.

           11          MR. GERAGOS:  Yeah.  Tina would -- Yeah.  Tina --

           12          MS. GLANDIAN:  I would do this pro bono.

           13          MR. GERAGOS:  Tina -- Tina may be pro bono.  I -- I

           14    consider it more for the principal.

15:56:58   15          MR. CAROLLA:  Yeah.

           16          MR. GERAGOS:  I just don't think that a pol- -- I

           17    really feel strongly that if a prosecutor stands up and

           18    does the right thing and says, I looked at the evidence,

           19    and there -- we couldn't make our case, and so I'm going

15:57:14   20    to dismiss, and then some politician showboats on the

           21    back of that -- and that's exactly what it was; it was

           22    grandstanding -- that somebody's got to stand up for it.

           23    If you don't do that, then why where are you practicing

           24    law?



1           And, by the way, the -- the vitral -- as you

2      know, I kind of do -- I -- I don't mind it, I -- you

3      know, I find some solace in the people who are critics.

4      If it were somebody who I thought had thought about it

15:57:42  5    or had a nuanced view about it or had actually examined

6      it, then I probably would be concerned.  But if it's

7      somebody who's just unhinged, that's fine.  I get it.

8           But, you know, the first time that same critic

9      gets on a 52/50 hold for 14 days just because there --

15:58:01 10   they're -- they're psycho, but they're not a threat to

11     themselves or others, they would want somebody who

12     challenges the State's authority of -- unbridled

13     authority.

14          This is bullshit.  It's just bullshit that

15:58:16 15   you -- they haven't proven a case, and that the mayor

16     gets out there, grandstands it, and wants to then -- she

17     used a statute that has never been intended to be used

18     this way to -- to, basically, frighten people.  And, you

19     know, there is an old adage about if you don't take a

15:58:35 20   stand at a certain point and then -- especially in the

21     law -- then guess what?  Then they expand it even

22     farther.  That's what the law is all about.

23          MR. CAROLLA:  All right.  So, Tina, you were on

24     Good Morning whatever last week or whenever it was and



1    you were --

2         MS. GLANDIAN:  Right.

3         MR. CAROLLA:  -- talking about the theory about

4    possible white face.  I think most people didn't agree

15:58:56  5    with that theory.

6              But what is the general concept in -- in broad

7    strokes of what happened that night, according to your

8    client?  Just to hear it from your -- your mouth.

9         MS. GLANDIAN:  Sure.  So what happened that night

15:59:11  10    is so -- as you know, he had hired the brother -- the

11    one brother.  And, again, just to -- to make sure that

12    this is clear, he only really had a relationship with

13    one brother.  The older brother, he had only met on a

14    handful of occasions, so silly through the younger

15:59:27  15    brother who he was friendlier with, and, you know, he

16    didn't have the phone number for the older brother.

17    They never, you know, on their own communicated.  This

18    wasn't somebody he knew, again, more than just in

19    passing through the younger brother.

15:59:36  20              But, anyway, so he had hired Abimbola who he

21    knew as Bon who I think has been referred to as Abel in

22    this case to train him for this upcoming music video,

23    and they were in constant communication.  And, again,

24    there's dozens of texts between them that show that he



1   had been hired for the nutrition and training, and that

2   they were going back and forth with the -- with, you

3   know, a nutrition plan, training plan, and plaining

4   workouts and things of that nature.

16:00:01  5        And so Jussie was actually flying back from

6   New York that day, and they were supposed to train that

7   evening after he landed.  He was supposed to originally

8   get in around 8:00 o'clock, and they were going to train

9   around 9:00 o'clock.  And so he ends up sitting -- his

16:00:14 10  flight's delayed, ends up being delayed for four hours

11  on the tarmac, and he's sending lots of texts.  And,

12  again, it's not just to Olab and Abel -- not just to

13  Abel, but, you know, many people he's interacting with.

14  But he is going back and forth with Abel because, again,

16:00:29 15  they're supposed to meet later that night.

16        So at some point when it's delayed as much as

17  it is and now he's getting in close to midnight, he

18  basically -- you know, there was a brief call between

19  them, and he lets him know that, you know, We're no

16:00:41 20  longer going to train tonight.  Like, I just landed and

21  it's really late, and so we'll just do our morning

22  workout as planned.

23        And somewhere in that conversation, he -- the

24  trainer tells him, you know, just make sure eat tomorrow

1  and he's given him a nutrition plan.  He's supposed to

2  eat, you know, kind of -- he has a regimented diet

3  and -- including four eggs and whatnot.  And so Jussie

4  said I'm going to have to run out and get some.  I don't

16:01:02 5  think I have any, but I'm make sure to go out and get

6  some eggs and, you know, eat.

7           So he was picked up that night.  He had his

8  creative director was staying at Jussie's place.  And so

9  his creative director picks him up, takes him home.

16:01:18 10  Once they get home, he then leaves, he's headed to

11  Walgreen's to go get some food for -- I mean, he's

12  hungry.  He's been kind of on this flight delayed, he's

13  been sitting on a plane for seven hours, well, he wants

14  to get something to eat, he wants to get the eggs for

16:01:29 15  the morning.  And so walks towards Walgreens except it's

16  closed as he approaches.  He thought it was 24 hours,

17  and it turns out it's not, and then decides to go to

18  Subway.

19           He calls Frank, who's his creative director,

16:01:42 20  to see if Frank wants anything from Subway now that he's

21  headed there.  Frank says -- the tuna sandwich was

22  actually for Frank.  So frank tells him what his order

23  is, and he heads in, goes to the store, buys, you know,

24  himself a salad, a water, and gets Frank his tuna



1    sandwich.

2         MR. CAROLLA:  Oh.  Okay.  Let's stop for one

3    second, Tina.  Because so much early on was, If you

4    bought yourself a tuna sandwich, why would you still

16:02:59  5    have the tuna sandwich after --

6         MS. GLANDIAN:  Right.  And I'm going to get to that

7    because that's ridiculous.  People acts like he was

8    holding onto the sandwich during the whole incident.

9    And let me just walk you through it, and I'll -- I'll

16:03:08  10    include that --

11         MR. CAROLLA:  So he gets the sand- -- I'm sorry.

12    He gets the salad, he eats the salad at the Subway?

13         MS. GLANDIAN:  No.  He gets this all to go.

14         MR. CAROLLA:  Okay.  Sorry.  Continue.

16:03:19  15         MS. GLANDIAN:  He gets everything to go -- that's

16    okay.

17              And in the interim, he also is texting with

18    his music manager who he thought at that time who had

19    been in Australia -- he thinks he's in Australia.  He

16:03:27  20    texts him saying, I don't know what time it is there,

21    but, you know, whenever you're available, give me a

22    call.

23              Music manager calls him as he's leaving

24    Subway, and he's on the phone with him.  And he has his



1    actual telephone in his -- his cellphone in his pocket,

2    and he has an earpiece in one of his ears.  And so

3    that's happening as he leaves Subway.

4              And at some point, you know, when he's getting

16:03:46  5    closer to his home -- and I don't know if this is clear,

6    as well, where this happened is right outside of his --

7    so it's right by the stairwell there.  This wasn't, you

8    know, randomly in the middle of -- kind of the street

9    away from -- from this is -- you know, people knew where

16:04:02 10    to find him.  This was right outside of his place.

11             Anyway, as he is nearing his apartment, that's

12    when, you know, he hears the yelling from behind.  As

13    he's talking to his music manager, turns around, the

14    attack happens, and during this whole time -- so his

16:04:17 15    cellphone stays on during the entirety of the attack.

16    It falls out of his pocket, is laying on the sidewalk.

17    At some point, they're on the floor kind of hustling and

18    fighting while, you know -- he's getting kicked while

19    he's on the floor.  And at some point, the -- the two

16:04:31 20    guys run off.

21             And he sits up, he realizes the phone is still

22    on, he picks it up, and his music manager is, you know,

23    kind of very concerned.  Obviously, he's heard what --

24    what has happened, you know, how he -- what happened

1  and -- and, at that point, Jussie want to chase after

2  these guys.  And he tells them, you know, I'm running

3  after them -- you know, because he realizes that what

4  made him realize that is that's the first time he saw

16:04:56  5  the noose thrown around his neck.

6  And so he says that he's going to go after

7  them, and the manager is asking him where he is, he

8  finds out he's outside his place tells, and, like, begs

9  him and tells him, No.  You have to go inside.  You

16:05:06  10  don't know if they have weapons, you don't know who they

11  are, what they are, and he just tells him, You have to

12  go inside.  You have to go inside.

13  So he gets up, gathers everything that has

14  fallen -- and so his phone had fallen -- and grabs the

16:05:18  15  bag (unintelligible) grabbing whatever is yours, and he

16  goes inside --

17  MR. CAROLLA:  Right.

18  MS. GLANDIAN:  -- and he encounters his -- the

19  concierges at his building who, again, corroborates --

16:05:26  20  you know, there was some -- again, Eddie Johnson came

21  forward and said there was self-inflicted wounds.  The

22  conci- -- which, again, is out of thin air, completely

23  fabricated.  Because, first of all, the brothers come

24  forward and they say that we attacked him, and we

 1    punched him, and we did these things, and then the

 2    concierges also confirm that, you know, it's in the

 3    police report that when he walks into the building, he

 4    has scratches on his face and, you know, his hooded

16:05:51  5    sweatshirt was, you know, wet and dirty.

 6         And, anyway, so he goes upstairs.  He tells

 7    him that he was jumped, and, you know, he's not really

 8    responsive.  And he ends up going upstairs.  And he goes

 9    up where Frank is, and he doesn't want to call the

16:06:05 10    police.  Again, he -- As everyone who knows him will say

 11    is generally he's a very private person, didn't want the

 12    attention from this, is, you know, adamant that they not

 13    kind of let this get out.  And Frank says, No.  This is

 14    really serious.

16:06:19 15         And, again, there is a lot of realtime text

 16    messages between Frank and other people close to him,

 17    including his music manager who, at this point, is very

 18    concerned because he heard, you know, what had happened.

 19    Obviously, he was on the phone, and they're all texting

16:06:30 20    saying, you know, he doesn't -- he didn't want to call

 21    the police.  And Frank says, I ended up calling the

 22    police because he was trying to be proud.  He didn't

 23    want do this --

 24         MR. CAROLLA:  Right.



1         MS. GLANDIAN:  -- and he didn't want to -- he

2    didn't even want to go to the hospital.

3         MR. CAROLLA:  Okay.  So that --

4         MS. GLANDIAN:  (Unintelligible) the police report

16:06:42  5    said that he did not want to call the police

6    (unintelligible.)

7         MR. CAROLLA:  That -- That makes a lot of sense

8    with the sandwich, when you put it into that context

9    versus the, I held the sandwich the whole time.

16:06:51 10         MS. GLANDIAN:  Sure.

11         MR. CAROLLA:  I was beaten in the street.

12             But now that leads us back to cellphones and

13    cellphone records and turning in --

14         MS. GLANDIAN:  Sure.

16:06:58 15         MR. CAROLLA:  -- cellphones.

16             Couldn't this all be cleared up with that or

17    you tell me -- I'll -- I'll ask the tough questions.

18             How come we don't get the cellphone records

19    and the cellphones and corroborate all this stuff?

16:07:11 20         MS. GLANDIAN:  Well, they have.  I mean, the police

21    have all the cellphone records.  They, obviously -- I

22    think, you know, subpoenaed the records, they have it

23    from -- they have the -- the communication.

24             He had provided -- you know, there was a lot



1    of talk about how he provided redacted phone records,

2    but, again, that was another myth.  He never redacted

3    any information.  What he provided was, you know, the

4    phone records from right before the attack 'til -- 'til

16:07:33  5    afterwards because that's what he, at the time, thought

6    was, you know, relevant to produce.

7              And, again, he is a public figure.  Early on

8    in this case, things were leaking so fast, and he --

9    when he was asked to -- initially, they asked him to

16:07:47 10    provide his entire phone, and he just wasn't

11    comfortable.  He had lots of photographs on it, he has

12    contact information, and other text messages, and he

13    didn't want to -- didn't want to have to turn this over

14    where he could provide whatever information they need in

16:07:58 15    more of a controlled setting.

16              But, again, there wasn't -- it's not like from

17    during -- from before or after the incident he redacted

18    calls he made or texts or anything of that nature.  He

19    provided the full information.

16:08:08 20    MR. CAROLLA:  I'm (unintelligible) when it comes to

21    technology.

22              Did -- Are you able to read a transcript or

23    see the text or hear a recording?  Like, what -- how --

24    how in-depth are you and can you get with the cellphone



1    records, quote/unquote?

2       MS. GLANDIAN:  So we've seen -- Well, we've seen

3    all of the text messages.  And, again, the police have

4    all of the text messages.  And there's nothing -- you

16:08:33  5    know, as Mark was says earlier, there is zero

6    independent corroboration in this case.  There's a

7    couple things that they've taken -- you know, police

8    have taken out of context and tried to make it something

9    that it isn't.

16:08:44 10       And so I think one of the -- I think really

11   the -- the one that they relied on the most completely

12   taken out of text was a text message where Jussie texted

13   Abel and said, Hey, can you meet me and talk -- you

14   know, talk on the low, kind of face-to-face.  And,

16:09:03 15   again, this is somebody who he regularly is seeing.  At

16   this point, they're working out, and that text -- you

17   know, they took out of context to try to say that -- and

18   this was a few days before the attack.

19       So the police theory and what the prosecutor,

16:09:16 20   you know, said in her proffer was that that's when, you

21   know, he meets up with him, and in this brief, you know,

22   I don't know, it's a seven- or eight-minute

23   conversation, plans out this whole attack.  And, in

24   fact, if you, actually, look at the text messages, you

          1    know, what -- what he's actually referring to in that is

          2    that when he had first started talking to Abel about

          3    doing this workout plan -- and he was trying to shed

          4    about 20 pounds for the music video because he had to be

16:09:41  5    shirtless --

          6         MR. CAROLLA:  Uh-huh.

          7         MS. GLANDIAN:  -- and he -- Abel had told him

          8    that -- you know, because they were about to -- him and

          9    his brother were about to go to Nigeria.  He said

16:09:49  10   there's these herbal steroids you can take that

          11   really -- that are illegal here in the US but that I can

          12   get in Nigeria, and it helps you shed fat very quickly.

          13   So if you are interested, let me know.

          14        And so, at this point, Jussie -- you know, if

16:10:00  15   you read the text messages, he's actually texting him,

          16   they're talking about the nutrition, they're talking

          17   about the workout plan and all of that.  And then in the

          18   midst of one of the texts which, you know, was -- in

          19   context, if you read it, he says, you know, Can you

16:10:13  20   actually -- Hey, meet up with me.  You know, I want to

          21   talk to you face-to-face, because he wanted to tell him

          22   to get these steroids from Nigeria, and he didn't want

          23   to put that in a text.  He was just being cautious and

          24   thought, you know, When I see him, I'll tell him rather



1   than -- but, you know, it's absurd when you think of

2   that being the text that led to all of this in the

3   context of what they're talking about.

4        MR. CAROLLA:  And -- All right.  Much like the

16:10:36  5   sandwich, that's -- definitely make sense now.

6             And, just for people listening who are going

7   to send me horrible Tweets, I'm really here trying to

8   figure out what makes -- what is possible and what's not

9   possible.  So when you hear their version on the low,

16:11:33  10  you go, Whoa, why do you need to talk to your personal

11  trainer on the low unless it's -- well, if your personal

12  trainer is going to Nigeria, and he was going to get you

13  some human growth hormone, and you didn't want this

14  out -- out in the whateversphere, then you could.  And

16:11:47  15  I'm not saying it absolutely was; I'm just saying we

16  have a context now.

17             So --

18        MS. GLANDIAN:  Right.

19        MR. CAROLLA:  -- motivation, what would be the

16:11:58  20  motivation for these fellas, Abel and his -- his older

21  brother to do this?

22        MS. GLANDIAN:  Right.  And that's -- I mean, that's

23  a great question.  Because you really have to -- It's

24  not even just what -- what their motivation would be,



1    but you have (unintelligible), you know, both possible

2    motivations.

3              So what their motivation would be -- and,

4    again, keep in mind these are two brothers who came

16:12:18   5    forward when all this happened and put out a statement,

6    We're not homophobic, you know, and strongly took that

7    position.

8              And shortly after, it was revealed that there

9    was, in fact, not only homophobic Tweets from their

16:12:30   10   Twitter account from several years ago, but two

11   independent people came forward from Empire and said,

12   you know, Abel had actually made extremely homophobic

13   comments early on when he had, you know, been on the

14   show where it was quite surprising, you know, using the

16:12:45   15   word faggot and saying, I would never be friends with

16   someone who was gay, and just, you know, taking a really

17   strong homophobic stance on things.

18             And so, you know, that came out.  And then,

19   you know, in talking to Jussie, I found it out that, you

16:12:57   20   know, he and Abel had been hanging out a lot and they

21   were friends, and, you know, he was not just his

22   trainer, but they were actually friends, and they would

23   socialize and go out.  And about ten days before the

24   incident, Abel actually spent the night at Jussie's



1   place.

2              And my theory, at least, is that, you know,

3   the older brother who lived with Abel saw that his

4   younger brother didn't come home, started wondering what

16:13:25  5   this relationship really is -- and keep in mind, Abel is

6   also playing the role on the show, he's the stand-in for

7   Jussie's love interest.

8          MR. CAROLLA:  Uh-huh.

9          MS. GLANDIAN:  And so I think -- you know, it's one

16:13:38 10   thing he's playing the -- the -- this character, now

11   he's hanging out with this openly gay man, and now he

12   spent the night there.  So I think he starts thinking to

13   himself, you know, what's really going on here.

14          MR. GERAGOS:  Wow.  Tina -- Tina Glandian with the

16:13:50 15   theory, the throw down theory and motive.

16          MR. CAROLLA:  Well, you know --

17          MS. GLANDIAN:  Well, I have a very specific theory.

18          MR. CAROLLA:  All right.  I'm -- I'm in.

19              Would -- But -- So I -- I don't know --

16:14:01 20          MS. GLANDIAN:  I think it was -- Just to finish

21   that, I think it was kind of a test, the older brother

22   testing the younger brother.  You know, they're leaving

23   for Nigeria, and I think he wants to make sure he

24   understands this relationship, and it's not what, you

1    know, he fears it might be.

2        MR. CAROLLA:  It's -- It's -- It's definitely a

3    theory.  It's certainly a bunch of information we didn't

4    really have before.

16:14:21  5        I -- I don't know if you know, and I don't

6    know if you can express it if do you know it, but I've

7    had plenty of dudes spend the night at my bachelor pad

8    because they drank too much and didn't get laid and

9    ended up passing out, like, on the sofa kind of thing.

16:14:35  10        Do -- Was there a relationship or was it a

11    crashing on the sofa?

12        MS. GLANDIAN:  No.  But I'm saying -- What I'm

13    speaking to is what the older brother would have

14    thought --

16:14:44  15        MR. CAROLLA:  I get it.

16        MS. GLANDIAN:  -- because he knows that Jussie is

17    openly gay.

18        MR. CAROLLA:  Right.

19        MS. GLANDIAN:  And, you know, the brother is

16:14:48  20    playing the love interest (unintelligible.)

21        MR. GERAGOS:  Unlike -- Unlike Adam who had --

22        MR. CAROLLA:  Closeted.

23        MR. GERAGOS:  -- never been accused of that.

24        MR. CAROLLA:  I wish one gay guy would just hit on



```
         1   me once.  Just once so I can say no or even maybe now.

         2            So, okay, white -- white -- two white guys,

         3   why would he say two white guys?

         4        MS. GLANDIAN:  Okay.  That's again another --

16:15:17 5        MR. CAROLLA:  What did he say?  What did he say?

         6        MS. GLANDIAN:  He never said two white guys.  First

         7   of all, he only saw one attacker.  He didn't -- The

         8   other one kind of approached once he was already on the

         9   floor and he was being kicked.  He never saw the second

16:15:28 10  attacker.

         11           As far as the one who he did see, there was a

         12  ski mask on his face, and, you know, this was, again,

         13  a 30- to 45-second incident where the first point of

         14  contact is a punch to his face.

16:15:41 15           But moving past that, you know -- and I know I

         16  mentioned the white face makeup and all of that, and --

         17  you know, but putting that aside for a second, it's

         18  interesting because all of the initial reports that

         19  Jussie gave all of the police reports, there's no

16:15:55 20  mention of any sort of reference to the attacker being

         21  white.  That, you know, is something later that, you

         22  know, he said was his memory of what happened, and I

         23  think it's interesting how memory works.

         24           If you actually kind of have an understanding
```



1     of it, it's not -- your brain isn't like a video camera

2     where if you want a memory, you just call it up and

3     press play.  Memory is constructed.  And so here you

4     have this incident that happened, and there's,

16:16:25  5     obviously, statements made and, you know, the overall

6     impression I think after the fact was he's trying to

7     construct the memory of what happened.  I think that's

8     when at some point this would only make sense to him

9     that it was -- you know, that that's what he -- he

16:16:42 10    thought --

11         MR. CAROLLA:  Yeah.

12         MS. GLANDIAN:  -- he remembered.

13             You know, and, again, that's -- because to me

14    it's really significant that that's nowhere in any of

16:16:51 15    the initial police reports that were taken.

16         MR. CAROLLA:  Yeah.

17         MS. GLANDIAN:  But then also, you know, yeah, I did

18    put that out there because that -- that exists, that's a

19    real -- you know, this is an actor who has access to

16:17:02 20    makeup.  Obviously, this attack was -- you know, they

21    used a number of props, so do I think it's ridiculous

22    that, you know, if they were going doing this with

23    all -- you know, with the ropes and the bleach that they

24    put in a little hot sauce bottle and everything else



 1   that -- is it crazy that they would put, you know,

 2   makeup under the ski mask?  I don't think that's crazy.

 3        MR. CAROLLA:  I have -- I have a theory, and,

 4   obviously, it's going to be tough for either one of you

16:17:28  5   to comment on it, but it's -- I think it's -- I have a

 6   hybrid theory, a -- a meet-in-the-middle theory.

 7        MS. GLANDIAN:  Okay.

 8        MR. CAROLLA:  I'll -- I'll ask Gary --

 9        GARY:  Sure.

16:17:36 10        MR. CAROLLA:  -- what he thinks.

11             And -- And thank you for spending so much time

12   on this, Tina.  I find this really fascinating.

13        MS. GLANDIAN:  Sure.

14        MR. CAROLLA:  I've started to formulate a theory

16:17:48 15   only based on talking to Mark and -- and Tina, and --

16   but I had it a few days ago.

17             I believe there could be a possibility of both

18   things happening.  I believe he could have been attacked

19   by these two brothers, and I believe he could have not

16:18:09 20   summoned the brothers or laid it out in advance or paid

21   them money or anything else.

22             I also believe he could have taken the attack

23   as an opportunity, whether it be conscious or not, he's

24   very pro left, he's very -- you know, the whole



```
           1   movement, GLAAD, everything else, very anti-Trump.  I

           2   believe he could have -- I'll say, for the sake of this

           3   conversation, subconsciously turned it into an

           4   opportunity to go, I hate this side so much, somebody

16:18:44   5   attacked me, it must be someone from that side.

           6        GARY:  I can totally subscribe to that.

           7        MS. GLANDIAN:  Well, let me --

           8        GARY:  I -- I would say that, you know, maybe he's

           9   just there -- he's so conditioned to be distrusting of

16:18:58  10   that side that when he got attacked, he thought, Well,

          11   of course, it has -- that has to be a component of that

          12   and just add it in there.

          13        MR. CAROLLA:  Yeah, Gary.  Like, when you hear

          14   about --

16:19:07  15        MS. GLANDIAN:  Sure.

          16        MR. CAROLLA:  -- a drive-by shooting, you think

          17   it's the other side; not me, but that's Gary.

          18             Sorry.  Go ahead, Tina.

          19        MS. GLANDIAN:  And I -- And that makes sense to me

16:19:15  20   as to his state of mind, you know, for -- you know,

          21   let's say maybe thinking this was the person -- the

          22   attacker was a white person.

          23             Again, I don't -- you know, I think that

          24   certainly could have been a fair kind of -- whether you
```



```
 1    call it a mistake or unconscious kind of memory or

 2    whatever, I -- I think that certainly could be true.  I

 3    think -- obviously, I don't believe this was a hoax in

 4    any way, but I think as far as the -- the kind
```
16:19:42
```
 5    of publicity --

 6          MR. CAROLLA:  I'm sorry.  Tina, let me just --

 7          MS. GLANDIAN:  I think it's important to know --

 8          MR. CAROLLA:  Let me just jump in for one second.

 9          MS. GLANDIAN:  Sure.
```
16:19:49
```
10          MR. CAROLLA:  I don't think -- I'm not saying hoax;

11    I'm saying something happened --

12          MR. GERAGOS:  Right.  He's saying that there's a --

13          MR. CAROLLA:  -- to you, and you're sort of

14    spinning it in your mind.  Obvious -- There's a couple
```
16:19:59
```
15    things:  If you're ever attacked, it's sort of like a

16    car accident.  You really -- Your -- You go into fight

17    or flight, and your memory is really shady because

18    you're -- thank goodness, by the way, most people get in

19    car accidents, can't remember everything.  They just
```
16:20:13
```
20    remember waking up in the hospital or they remember the

21    firemen hitting them on the shoulder.  Even if they're

22    not knocked out, they go into a state, right?

23              And then later on, if you're trying to

24    reconstruct the accident, as it were, you go, Well, it
```



             1    was probably a drunk driver who was speeding because

             2    that's where you're reconstructing.

             3         MS. GLANDIAN:  Right.

             4         MR. CAROLLA:  So I'm not saying hoax; I'm saying

16:20:35     5    reconstruction --

             6         MS. GLANDIAN:  Yeah.  No.  No.  I agree with that.

             7    I think that's absolutely --

             8         MR. CAROLLA:  -- with --

             9         MS. GLANDIAN:  -- possible.

16:20:38    10         MR. CAROLLA:  -- with a narrative, though, with --

            11    with a possible narrative that suits your -- your --

            12    your politics.

            13             Sorry.  Go ahead.

            14         MS. GLANDIAN:  But the thing is he actually never

16:20:48    15    wanted this to be public.  And that's where I -- I

            16    disagree.  Because even the letter that was sent to

            17    Empire a week before this happened, if you ask people at

            18    Empire, he didn't -- he was going around the studio

            19    begging people to keep this quiet because he didn't want

16:21:03    20    this to be something that defines him or that people are

            21    talking about or, you -- you know, he didn't want that

            22    to be public.

            23             Then when this incident happened, he -- you

            24    know, doesn't want to call the police, he doesn't want



1    to go to a hospital, he wants to keep this quiet.  And,

2    you know, after the fact, he had actually been offered

3    to go on stage with Alicia Keys at the Grammys, you

4    know, to kind of talk about what happened and to, you

16:21:27  5    know, just speak on this, and he declined that.

6              And there is, again, text messages and a -- a

7    witness who had come forward from -- who is the booker

8    for the Grammys who said, Oh, yeah, you know, I got a

9    text message that says, Tell Alicia, you know, thank

16:21:40  10   you.  I love her.  Thanks for thinking of me, but I'm

11   not ready.  And, you know, he -- he declined because,

12   again, he did not want this to be something that he's

13   out there talking about and making it a story or a

14   headline or anything else.

16:21:53  15             And so it's completely inconsistent with a lot

16   of the, you know, theory out there --

17        MR. CAROLLA:  Well --

18        MS. GLANDIAN:  -- whether it's -- it's what you're

19   saying or whether this was a hoax.  Obviously, the only

16:22:03  20   reason you would do a hoax is so you can speak about it

21   and you can publicize it, and this is someone who wanted

22   to keep this private.

23        MR. CAROLLA:  He -- Well, he sat down with Robin

24   Roberts.



1          MS. GLANDIAN:  Well, the GMA -- yes.

2          MR. CAROLLA:  I can't remember who he sat down

3    with.

4          MS. GLANDIAN:  The GMA interview.

16:22:15  5          MR. GERAGOS:  Robin Roberts, exactly.

6          MR. CAROLLA:  Sorry.

7          MS. GLANDIAN:  Yeah.  But the only reason he did

8    GMA was, at that point, the narrative had completely

9    shifted where everyone thought he had made this up.  And

16:22:24  10   so it was kind of a reaction to that.  This isn't

11   something he did when -- you know, when people still

12   believed he was a victim.  This was when everybody had

13   come forward doubting his story, and he was pushed into,

14   You have to go out.  The public has to hear from you.

16:22:37  15          And, you know, that's why he -- he's on there,

16   and he sounds defensive because he had to put in a

17   defensive position to try to explain that he's telling

18   the truth.

19          MR. CAROLLA:  So, once again, he didn't want

16:22:48  20   publicity, but when he did publicity, it's because this

21   thing got too far down the road, and now he felt like he

22   needed to make a statement.

23          MS. GLANDIAN:  Exactly.

24          MR. CAROLLA:  Predictions:  Where are we a month



```
 1   from now with this entire endeavor, besides 5 million

 2   Tweets calling me a dick head?

 3           Gary says we're up to 7.5 million now, it's

 4   not 5.  Sorry.  It's a whole week -- or a month.

 5           Where -- Where are -- Where are we a week from

 6   now?  A month from now?

 7       MR. GERAGOS:  This is your first -- This is your

 8   first hater in your whole experience?  You get Hollywood

 9   hate.

10       MR. CAROLLA:  I don't have thick skin like you,

11   Mark.  I -- I -- I -- I -- I was home reading my Tweets,

12   and I was about -- the third one calling me an asshole,

13   and I really went, like, What's going on in the air.

14   I -- I get a lot of praise.

15       MR. GERAGOS:  Why am I'm friends with Geragos?  I

16   want -- (unintelligible) friendship.

17       MR. CAROLLA:  Oh, my, God.  That's the No. 1

18   subject line.

19           All right.  Sorry.  Predictions --

20       MS. GLANDIAN:  Well, it depends.  I think if -- if

21   City of Chicago does the right thing, then a month from

22   now, Jussie is finally trying to just move forward with

23   his life and actually heal from this and just move on.

24           If they want it persist down this path, I
```

Timestamps:
16:23:17 (line 5)
16:23:25 (line 10)
16:23:39 (line 15)
16:23:47 (line 20)



1    think we'll be in litigation with -- you know, probably

2    for a while to come.  So I think it will really depend

3    on their next move.  I think, again, in our letter, we

4    point out all the reasons why they can't and shouldn't

16:24:16  5    file the civil lawsuit against Jussie, but we'll see

6    what they do.

7        MR. CAROLLA:  I -- I get the feeling that that they

8    don't want to call the bluff because once you guys start

9    rummaging through their trunk, you're going to find a

16:25:30  10    lot of -- of goodies.

11            Tina Glandian, is that how I'm -- pronounce

12    it?

13        MS. GLANDIAN:  Correct.  Yes.  Perfect.

14        MR. CAROLLA:  Thanks for taking the time.  I do

16:25:39  15    appreciate it.

16        MS. GLANDIAN:  Thanks, Adam.  (Unintelligible.)

17        MR. CAROLLA:  Mark -- Mark wants you to know you're

18    off the clock during this particular time.

19        MS. GLANDIAN:  Perfect.  That's going to happy

16:25:45  20    hour.

21        MR. CAROLLA:  No billable hours here, Mark.

22            Thanks, Tina.

23        MS. GLANDIAN:  All right.  Thanks, Adam.

24        MR. CAROLLA:  Appreciate it.



1          Wow.

2          MR. GERAGOS:  Yeah.

3          MR. CAROLLA:  Interesting.

4                      (38:32 into the podcast was a

16:27:10  5                      commercial for True Car.)

6          MR. CAROLLA:  All right.  So that was enlightening.

7    And, look, everyone who's listening --

8          MR. GERAGOS:  I'm really kind of -- I'm --

9          MR. CAROLLA:  Yes.

16:27:18  10    MR. GERAGOS:  -- I'm really -- yes.  So go on,

11    Adam.  (Unintelligible.)

12         MR. CAROLLA:  Well, here's what I want to say --

13    Here is what I want to say:  People have a notion and

14    they -- they think he's -- it's a hoax, it's not a hoax,

16:27:30  15    whatever their notion is.

16              I'm interested when I hear, like, Well, if a

17    guy -- if a couple of thugs attacked you in the street,

18    why would you, then, walk in the lobby of your building

19    eating a tuna fish sandwich?  And I go, Okay.  Yeah,

16:27:43  20    that -- that is something, why would do you that if you

21    were attacked in the street?

22              But if Gary told me to get him a tuna sandwich

23    from Subway and I was walking home and a couple guys

24    jumped on me and I dropped the bag, just like if I



1    dropped my phone or -- or my briefcase, backpack or

2    anything else, when I was done, I'd get up on my feet

3    and I collect all the stuff that I dropped or was in the

4    bag or was in the sort of debris circle, and I would

16:28:12  5    walk back in with it.

6            So I'm not here to say that means it didn't

7    happen, I'm just here to say that, Okay, we have an

8    explanation for the sandwich and with the text on the

9    down low.  We have one for that, too.  Sorry.  Go

16:28:27 10    ahead -- or on the low.

11    MR. GERAGOS:  I just going to say what really

12    bothers me about this case and the reason I think I said

13    three weeks ago that I was willing to wade into this and

14    take all of the bric-a-bracs is when people say I've

16:28:44 15    already made up my mind, I know what the evidence is,

16    and, you know, you're full of shit, what are you talking

17    about, blah-blah-blah -- not you, but me -- my question

18    is, How is it that you know this, number one, when they

19    haven't turned over or made public any of the

16:29:03 20    information?  All you know is what was said to you by --

21    in a press conference, and wasn't said to you, it was

22    done on the Thursday before a Tuesday mayoral election,

23    and you're the same person who would say, Why isn't

24    Chicago doing this?  You're the same person or the same



1    mayor who sat on the Laquan McDonald videotape until a

2    Federal Court ordered it to be turned over a year later

3    so you know -- and there's demonstrable corruption in

4    that department, and you're probably team anti-Chicago

16:29:41  5    which is under a -- the Chicago Police Department, at

6    least -- which is under a Federal Court consent order,

7    where are you getting your information that you are so

8    positive in your belief that what you think is true?

9    That's what just drives in crazy.

16:29:59  10    MR. CAROLLA:  Well, again, if you're turning on the

11    news, you turn it on the day after the attack, and this

12    guy was attacked in the streets by white supremacists

13    who were -- who are wearing MAGA hats, and then you turn

14    on the news one week later, and why would this guy have

16:30:16  15    the tuna fish sandwich in his hand, and, oh, by the way,

16    there's a text with him wanting to meet the -- the --

17    the assailant to have an on-the-low conversation with

18    him, and then you go -- you swing hard the other

19    direction and you go, Huh, now I know for sure this

16:30:33  20    story.

21    So I knew for sure the story the day after,

22    couple of white supremacists attacked a young gay black

23    man, and then a week after that, I knew the story for

24    sure, the black man put on a hoax in order to get

1    attention for himself in a higher -- and a pay raise

2    on -- on his television series.

3         MR. GERAGOS:  Right.  Right.

4         MR. CAROLLA:  So that's how -- that's how we are.

16:30:57  5    You live somewhere in the middle, and most of us swing

6    hard this way, look at, every -- almost every single

7    person except for A.J. Benza, who announced he didn't

8    believe it the second it happened, every single person

9    in -- in America said, No.  This guy was attacked on the

16:31:16  10   street by a couple of racist thugs, and then one week

11   later, every single person in America said, This guy

12   staged a hoax.  So that's kind of who we --

13        MR. GERAGOS:  Yeah.  I mean, you don't

14   (unintelligible) --

16:31:27  15        MR. CAROLLA:  -- it's who we are.

16        MR. GERAGOS:  And if you go back and listen, you

17   know, we were skeptical going in, you and I

18   collectively -- so if anybody wants to go back and look

19   at the record, we were skeptical going in, and skeptical

16:31:41  20   going out.

21        So I -- it's all -- it's kind of -- kind

22   of my -- the -- if we had Drew here, I think he would

23   tell you, it's the -- one of the things that you do

24   or -- you know, Drew will argue and -- and you probably



1  heard it, what, 5,000 times about the value of a liberal

2  arts education.  And one of the only things -- redeeming

3  thing -- that I can say about a liberal arts education

4  is to the degree that it teaches you to critically

16:32:11  5  think -- and, obviously, Adam you do that naturally --

6  but that is kind of what you would hope out of people is

7  just do some critical thinking.  And if you're sitting

8  and listening to Reasonable Doubt, then, you know, it's

9  the same thing where they critic- -- we're trying to

16:32:25  10  critically think as opposed to just accept what is spoon

11  fed to us.

12       MR. CAROLLA:  Right.  By the same news networks

13  either -- whichever way the pendulum speaks, the same

14  group has swung, that -- the news world doesn't want to

16:32:43  15  live in the middle.  They're -- They don't -- There's no

16  such headline --

17       MR. GERAGOS:  No.

18       MR. CAROLLA:  -- as, well, maybe, sort of, kind of,

19  probably, or sort of happened, it's just, This is what

16:32:51  20  happened over here, or -- and now, This is what happened

21  over there.  That's how they -- they make their money.

22  They don't have any 4s or 5s.  They're all 10s.  And

23  they're not all the -- going the same -- same direction.

24       MR. GERAGOS:  Right.



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 04/06/2019                                        Page 43

```
           1        MR. CAROLLA:  On a -- On a -- Before we wrap it up,

           2   speaking of, like, Muller Report, where -- what's

           3   your -- what's your head on -- on that and what's moving

           4   forward and what should be done and where everyone's

16:33:18   5   going with it?

           6                       (Approximately 45:50 in the podcast,

           7                        they start on a different subject

           8                        from the Smollett topic until the

           9                        end of the Reasonable Doubt podcast

          10                        recording at 53:00.)

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 04/06/2019                                        Page 44

```
 1    STATE OF ILLINOIS        )
                               ) SS.
 2    COUNTY OF COOK           )

 3

 4           The within and foregoing recorded audio

 5    excerpt was taken down stenographically and transcribed

 6    to the best of her ability by Traci L. Gidley, Certified

 7    Shorthand Reporter, Registered Professional Reporter,

 8    and Notary Public at the offices of Jensen Litigation

 9    Solutions, 180 North LaSalle Street, Suite 2800,

10    Chicago, Illinois, at 5:00 p.m. on June 8th, 2019.

11           Witness my official signature in and for Cook

12    County, Illinois, on this 20th day of June, A.D.,

13    2019.

14

15

16           TRACI L. GIDLEY, CSR, RPR
             180 North LaSalle Street
17           Suite 2800
             Chicago, Illinois 60601
18           Phone:  (312) 236-6936

19

20    CSR No. 084-004643

21

22

23

24
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 04/06/2019                                                                1

**1**

**1** 9:7 36:17
**10s** 42:22
**130** 6:7
**14** 12:9

**2**

**20** 23:4
**24** 15:16

**3**

**30-** 28:13
**38:32** 38:4

**4**

**4** 9:5
**4/6/19** 2:2
**45-second** 28:13
**45:50** 43:6
**4:56** 5:19
**4s** 42:22

**5**

**5** 5:21 36:1,4
**5,000** 42:1
**52/50** 12:9
**53:00** 43:10
**5s** 42:22

**7**

**7.5** 36:3

**8**

**8:00** 14:8

**9**

**9:00** 14:9

**A**

**A.J.** 41:7
**Abel** 13:21 14:12,
  13,14 22:13 23:2,7
  24:20 25:12,20,24
  26:3,5
**Abimbola** 13:20
**absolutely** 24:15
  33:7
**absurd** 24:1
**accept** 42:10
**access** 29:19
**accident** 32:16,24
**accidents** 32:19
**account** 25:10
**accused** 27:23
**act** 7:6
**actor** 29:19
**acts** 16:7
**actual** 17:1
**adage** 12:19
**Adam** 2:4,7 27:21
  37:16,23 38:11
  42:5
**adamant** 19:12
**add** 31:12
**advance** 30:20
**age** 3:8
**agree** 2:17 13:4
  33:6
**ahead** 5:17 31:18
  33:13 39:10
**air** 18:22 36:13
**Alicia** 34:3,9
**alive** 5:7
**America** 9:11

41:9,11
**American** 9:12
**announced** 41:7
**ANNOUNCER** 2:3
**annuls** 7:2
**anti-chicago** 40:4
**anti-trump** 31:1
**anticipate** 10:20
**apartment** 17:11
**apply** 7:11
**approached** 28:8
**approaches**
  15:16
**approximately**
  43:6
**arbitrary** 6:12
**argue** 41:24
**arm** 11:9
**arts** 42:2,3
**assailant** 40:17
**asshole** 36:12
**associates** 2:21
**attack** 17:14,15
  21:4 22:18,23
  29:20 30:22 40:11
**attacked** 18:24
  30:18 31:5,10
  32:15 38:17,21
  40:12,22 41:9
**attacker** 28:7,10,
  20 31:22
**attempting** 7:13
**attention** 19:12
  41:1
**attorney** 2:24
  5:10,22 8:16 9:4
**attorneys** 6:20
**Australia** 16:19
**authority** 12:12,
  13
**awesome** 4:5

**B**

**bachelor** 27:7
**back** 6:11 9:1,14,
  15 11:21 14:2,5,14
  20:12 39:5 41:16,
  18
**backpack** 39:1
**bad** 7:21
**bag** 18:15 38:24
  39:4
**based** 30:15
**basically** 6:14
  12:18 14:18
**beaten** 20:11
**begging** 33:19
**beginning** 2:1
**begs** 18:8
**belief** 40:8
**believed** 35:12
**Benza** 41:7
**billable** 37:21
**billing** 11:1
**bills** 8:3
**black** 40:22,24
**blah-blah-blah**
  39:17
**bleach** 29:23
**blondish** 3:11
**bluff** 37:8
**Bon** 13:21
**bono** 11:3,8,12,13
**booker** 34:7
**bothers** 39:12
**bottle** 29:24
**bought** 16:4
**brain** 29:1
**brave** 9:5
**breaking** 3:15 6:6

**bric-a-bracs**
  39:14
**briefcase** 39:1
**broad** 13:6
**Brooklyn** 2:12
**brother** 13:10,11,
  13,15,16,19 23:9
  24:21 26:3,4,21,22
  27:13,19
**brothers** 18:23
  25:4 30:19,20
**building** 18:19
  19:3 38:18
**bullshit** 12:14
**bunch** 27:3
**buys** 15:23

**C**

**call** 3:3 14:18
  16:22 19:9,20 20:5
  29:2 32:1 33:24
  37:8
**calling** 2:9,10
  19:21 36:2,12
**calls** 15:19 16:23
  21:18
**camera** 29:1
**cap** 2:16
**car** 32:16,19 38:5
**Carolla** 2:4,5,8,15,
  17,24 3:4,10,12,
  15,18,23 4:10,23
  5:1,14,17,21 6:1,
  22 7:13,18 9:14
  10:10,13,17,19
  11:6,15 12:23 13:3
  16:2,11,14 18:17
  19:24 20:3,7,11,15
  21:20 23:6 24:4,19
  26:8,16,18 27:2,
  15,18,22,24 28:5
  29:11,16 30:3,8,
  10,14 31:13,16
  32:6,8,10,13 33:4,
  8,10 34:17,23
  35:2,6,19,24
  36:10,17 37:7,14,



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 04/06/2019

2

17,21,24 38:3,6,9,
12 40:10 41:4,15
42:12,18 43:1

**case** 3:20 4:18
6:21 7:1,12,23
8:15 11:19 12:15
13:22 21:8 22:6
39:12

**cases** 4:13 7:8

**catch** 6:8

**cautious** 23:23

**celebrities** 4:1

**cellphone** 17:1,15
20:13,18,21 21:24

**cellphones** 20:12,
15,19

**challenge** 9:2

**challenges** 12:12

**character** 26:10

**chase** 18:1

**check** 9:17

**Chicago** 6:6 8:14
9:18 36:21 39:24
40:5

**Chicago's** 7:6

**chief** 7:23

**circle** 39:4

**Circling** 9:14

**city** 6:6 9:22 36:21

**civil** 37:5

**claims** 7:6

**Class** 9:5

**clear** 13:12 17:5

**cleared** 20:16

**client** 13:8

**clock** 37:18

**close** 14:17 19:16

**closed** 15:16

**closer** 17:5

**Closeted** 27:22

**collect** 39:3

**collectively** 41:18

**comfortable**
21:11

**comment** 30:5

**comments** 25:13

**commercial** 5:20
38:5

**communicated**
13:17

**communication**
13:23 20:23

**compensated** 7:1

**completely** 18:22
22:11 34:15 35:8

**component** 31:11

**concept** 13:6

**concerned** 12:6
17:23 19:18

**conci-** 18:22

**concierges** 18:19
19:2

**conditioned** 31:9

**conference** 39:21

**confirm** 19:2

**conscious** 30:23

**consent** 40:6

**constant** 13:23

**construct** 29:7

**constructed** 29:3

**contact** 21:12
28:14

**context** 20:8 22:8,
17 23:19 24:3,16

**continue** 11:1
16:14

**controlled** 21:15

**conversation**
14:23 22:23 31:3
40:17

**Correct** 3:2 37:13

**corroborate**
20:19

**corroborates**
18:19

**corroboration**
9:7,8 22:6

**corruption** 40:3

**couple** 6:19 8:21
22:7 32:14 38:17,
23 40:22 41:10

**court** 2:12 3:7 7:2
40:2,6

**crashing** 27:11

**crazies** 4:21

**crazy** 30:1,2 40:9

**creative** 15:8,9,19

**criminal** 8:18 9:12

**critic** 12:8

**critic-** 42:9

**critical** 42:7

**critically** 42:4,10

**critics** 12:3

**cut** 5:8

---

**D**

**day** 5:6 9:7 10:21
14:6 40:11,21

**days** 12:9 22:18
25:23 30:16

**deadline** 6:11

**debris** 39:4

**decides** 15:17

**declined** 34:5,11

**defensive** 35:16,
17

**defines** 33:20

**degree** 42:4

**delayed** 14:10,16
15:12

**demonstrable**
40:3

**demonstrably**
8:15,24

**demonstrative**
7:15

**dentist** 5:4

**department** 40:4,
5

**depend** 37:2

**depends** 36:20

**deposing** 7:22

**depositions** 6:18

**dick** 36:2

**diet** 15:2

**diminutive** 9:17

**direction** 40:19
42:23

**director** 15:8,9,19

**dirty** 19:5

**disagree** 33:16

**disclosed** 7:8

**discovery** 8:12

**discussing** 3:20

**dismiss** 8:19
11:20

**dismissed** 8:17
9:16

**distrusting** 31:9

**door** 9:19

**doubt** 2:3,7,13 5:8
42:8 43:9

**doubting** 35:13

**dozens** 13:24

**drank** 27:8

**Drew** 41:22,24

**drive-by** 31:16

**driver** 33:1

**drives** 40:9

**dropped** 7:2
38:24 39:1,3

**drunk** 33:1

**dudes** 27:7

---

**E**

**earlier** 22:5

**early** 16:3 21:7
25:13

**earpiece** 17:2

**ears** 17:2

**easier** 10:8

**eat** 14:24 15:2,6,14

**eating** 38:19

**eats** 16:12

**Eddie** 6:19 18:20

**education** 42:2,3

**eggs** 15:3,6,14

**eight-minute**
22:22

**elected** 10:1

**election** 39:22

**Emanuel** 6:19
9:17

**Empire** 25:11
33:17,18

**encounters** 18:18

**end** 7:24 43:9

**endeavor** 36:1

**ended** 19:21 27:9

**ends** 14:9,10 19:8

**enlightening** 38:6

**entire** 21:10 36:1

**entirety** 17:15

**episodes** 8:22

**ethically** 9:1

**evening** 14:7

**everyone's** 43:4

**evidence** 11:18
39:15

**examined** 12:5

**excess-** 11:7



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 04/06/2019                                                3

**excessive** 11:8

**exists** 29:18

**expand** 12:21

**experience** 36:8

**explain** 35:17

**explanation** 39:8

**express** 27:6

**extremely** 25:12

**eye** 3:13 7:14

---

**F**

**fabricated** 18:23

**face** 7:13 13:4
19:4 28:12,14,16

**face-to-face**
22:14 23:21

**fact** 2:13 22:24
25:9 29:6 34:2

**facts** 7:12

**faggot** 25:15

**fair** 31:24

**fallen** 18:14

**falls** 10:10,11
17:16

**false** 8:24

**fans** 4:4

**farther** 12:22

**fascinating** 30:12

**fast** 21:8

**fat** 23:12

**favorite** 2:14

**fears** 27:1

**fed** 42:11

**Federal** 2:11 40:2,
6

**feel** 5:7 11:17

**feeling** 37:7

**feet** 39:2

**fellas** 24:20

**felony** 9:5

**felt** 35:21

**field** 8:19

**fight** 32:16

**fighting** 17:18

**figure** 21:7 24:8

**file** 8:13,16 37:5

**finally** 36:22

**financial** 8:2

**find** 12:3 17:10
30:12 37:9

**finds** 18:8

**fine** 12:7

**finish** 26:20

**finished** 4:18

**firemen** 32:21

**fish** 38:19 40:15

**flick** 5:5

**flight** 15:12 32:17

**flight's** 14:10

**floor** 17:17,19 28:9

**flying** 14:5

**folks** 4:1

**followers** 8:10

**food** 15:11

**formulate** 30:14

**forward** 6:16
18:21,24 25:5,11
34:7 35:13 36:22
43:4

**found** 25:19

**frank** 15:19,20,21,
22,24 19:9,13,16,
21

**Friday** 2:13

**friendlier** 13:15

**friends** 25:15,21,
22 36:15

**friendship** 36:16

**frighten** 12:18

**full** 21:19 39:16

---

**G**

**Gary** 5:10,18 30:8,
9 31:6,8,13,17
36:3 38:22

**Gary's** 6:2

**gathers** 18:13

**gave** 28:19

**gay** 25:16 26:11
27:17,24 40:22

**general** 13:6

**generally** 19:11

**Geragos** 2:4,8,10,
16,22 3:2,6,11,14,
16,21,22 4:7,11,24
5:13,15 8:4 9:15
10:12,15,18 11:5,
7,11,13,16 26:14
27:21,23 32:12
35:5 36:7,15 38:2,
8,10 39:11 41:3,
13,16 42:17,24

**girl** 5:7

**gist** 2:18

**give** 16:21

**GLAAD** 31:1

**Glandian** 2:20
5:24 6:10 7:4,16
11:9,12 13:2,9
16:6,13,15 18:18
20:1,4,10,14,20
22:2 23:7 24:18,22
26:9,14,17,20
27:12,16,19 28:4,6
29:12,17 30:7,13
31:7,15,19 32:7,9
33:3,6,9,14 34:18
35:1,4,7,23 36:20
37:11,13,16,19,23

**GMA** 35:1,4,8

**God** 36:17

**gold** 7:24

**good** 6:1 7:21
12:24

**goodess** 37:10

**goodness** 32:18

**grab** 3:4

**grabbing** 18:15

**grabs** 18:14

**Grammys** 34:3,8

**grandstanding**
11:22

**grandstands**
12:16

**great** 4:4 24:23

**ground** 9:22

**group** 42:14

**growth** 24:13

**guess** 4:21 12:21

**guessing** 6:22
10:23

**guilty** 8:11

**guy** 9:16,20 27:24
38:17 40:12,14
41:9,11

**guys** 6:22 7:18
11:2 17:20 18:2
28:2,3,6 37:8
38:23

---

**H**

**hair** 3:11

**hand** 40:15

**handful** 13:14

**hanging** 25:20
26:11

**happen** 39:7

**happened** 7:2
13:7,9 17:6,24
19:18 25:5 28:22
29:4,7 32:11
33:17,23 34:4 41:8
42:19,20

**happening** 17:3
30:18

**happy** 6:17 37:19

**hard** 40:18 41:6

**hate** 31:4 36:9

**hated** 3:23

**hateful** 3:19

**hater** 36:8

**haters** 4:2,3 8:7

**hats** 40:13

**head** 36:2 43:3

**headed** 15:10,21

**heading** 10:13

**headline** 34:14
42:16

**heads** 15:23

**heal** 36:23

**hear** 5:23,24 6:20
13:8 21:23 24:9
31:13 35:14 38:16

**heard** 6:24 17:23
19:18 42:1

**hears** 17:12

**held** 20:9

**helps** 23:12

**herbal** 23:10

**Hey** 22:13 23:20

**high** 4:20

**higher** 41:1

**hired** 13:10,20
14:1

**history** 7:3

**hit** 4:13 27:24

**hits** 4:14

**hitting** 32:21

**hoax** 32:3,10 33:4
34:19,20 38:14
40:24 41:12

**hold** 5:18 12:9

**holding** 16:8

**Hollywood** 36:8

**home** 15:9,10 17:5
26:4 36:11 38:23



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 04/06/2019

4

**homophobic** 25:6,9,12,17

**honest** 3:24

**hooded** 19:4

**hope** 42:6

**hormone** 24:13

**horrible** 10:20 24:7

**hospital** 20:2 32:20 34:1

**hosts** 2:4

**hot** 29:24

**hour** 2:7 37:20

**hourly** 10:23 11:1

**hours** 14:10 15:13,16 37:21

**How's** 8:3

**human** 24:13

**hungry** 15:12

**hustling** 17:17

**hybrid** 30:6

---

**I**

**illegal** 23:11

**immediately** 5:4

**important** 32:7

**impression** 29:6

**in-depth** 21:24

**incident** 16:8 21:17 25:24 28:13 29:4 33:23

**include** 16:10

**including** 15:3 19:17

**inconsistent** 34:15

**independent** 22:6 25:11

**information** 21:3, 12,14,19 27:3 39:20 40:7

**initial** 28:18 29:15

**initially** 21:9

**inside** 18:9,12,16

**insist** 6:16

**intended** 12:17

**interacting** 14:13

**interest** 26:7 27:20

**interested** 23:13 38:16

**interesting** 8:4 28:18,23 38:3

**interim** 16:17

**interview** 35:4

**investigation** 7:10

**issue** 8:20,22

---

**J**

**John** 5:20

**Johnson** 6:19 18:20

**judgment** 2:5

**jump** 32:8

**jumped** 19:7 38:24

**jury** 2:11

**Jussie** 2:24 10:17, 24 14:5 15:3 18:1 22:12 23:14 25:19 27:16 28:19 36:22 37:5

**Jussie's** 5:22 15:8 25:24 26:7

**justice** 9:13

---

**K**

**Kaepernick** 4:18 8:1

**Keys** 34:3

**kicked** 17:18 28:9

**kind** 3:7,11 4:9,20 5:3,5 7:6 12:2 15:2,12 17:8,17,23 19:13 22:14 26:21 27:9 28:8,24 31:24 32:1,4 34:4 35:10 38:8 41:12,21 42:6,18

**kinds** 5:2

**knew** 8:24 9:1,9 13:18,21 17:9 40:21,23

**knocked** 32:22

**knowing** 8:17

**Korea** 9:11

---

**L**

**laid** 27:8 30:20

**landed** 14:7,20

**Laquan** 40:1

**large** 6:7

**late** 14:21

**law** 8:18 11:24 12:21,22

**lawsuit** 37:5

**lawyers** 10:7

**laying** 17:16

**leads** 20:12

**leaking** 21:8

**leaves** 15:10 17:3

**leaving** 16:23 26:22

**led** 24:2

**left** 30:24

**lets** 14:19

**letter** 6:13 33:16 37:3

**level** 4:8,11

**liberal** 42:1,3

**life** 3:19 36:23

**lines** 5:11

**listen** 41:16

**listening** 24:6 38:7 42:8

**litigation** 37:1

**live** 41:5 42:15

**lived** 26:3

**living** 10:8

**lobby** 38:18

**long** 3:11

**longer** 9:24 14:20

**looked** 11:18

**lot** 19:15 20:7,24 25:20 34:15 36:14 37:10

**lots** 14:11 21:11

**love** 4:21 26:7 27:20 34:10

**low** 22:14 24:9,11 39:9,10

---

**M**

**made** 8:14 18:4 21:18 25:12 29:5 35:9 39:15,19

**MAGA** 40:13

**make** 10:8 11:19 13:11 14:24 15:5 22:8 24:5 26:23 29:8 35:22 42:21

**makes** 5:6 20:7 24:8 31:19

**makeup** 28:16 29:20 30:2

**making** 34:13

**man** 26:11 40:23, 24

**manager** 16:18,23 17:13,22 18:7 19:17

**mandate** 2:6

**Mark** 2:4,8,9 3:20 7:19 22:5 30:15 36:11 37:17,21

**Mark's** 11:9

**mask** 28:12 30:2

**mayor** 6:18 7:22 9:18 10:1 12:15 40:1

**mayoral** 39:22

**Mcdonald** 40:1

**means** 39:6

**meet** 14:15 22:13 23:20 40:16

**meet-in-the-middle** 30:6

**meets** 22:21

**memory** 28:22,23 29:2,3,7 32:1,17

**mention** 28:20

**mentioned** 28:16

**message** 22:12 34:9

**messages** 19:16 21:12 22:3,4,24 23:15 34:6

**met** 13:13

**middle** 17:8 41:5 42:15

**midnight** 14:17

**midst** 23:18

**million** 36:1,3

**mind** 9:19 12:2 25:4 26:5 31:20 32:14 39:15

**mind's** 3:12

**miracle** 6:3

**mistake** 32:1

**mixed** 10:6

**Monday** 2:11

**money** 7:21 10:5,7 30:21 42:21

**month** 35:24 36:4, 6,21

**morning** 12:24 14:21 15:15



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 04/06/2019                                                                   5

motivation 24:19, 20,24 25:3

motivations 10:6 25:2

motive 26:15

mouth 13:8

move 36:22,23 37:3

movement 31:1

moving 6:16 28:15 43:3

Muller 43:2

music 13:22 16:18,23 17:13,22 19:17 23:4

myth 21:2

**N**

narrative 33:10,11 35:8

naturally 42:5

nature 14:4 21:18

nearing 17:11

neck 18:5

needed 35:22

negative 4:4

nerve 4:13,15

networks 42:12

news 6:6,9 40:11, 14 42:12,14

NFL 8:1

Nigeria 23:9,12,22 24:12 26:23

night 13:7,9 14:15 15:7 25:24 26:12 27:7

noose 18:5

North 9:11

notion 38:13,15

nuanced 12:5

number 13:16

29:21 39:18

numbers 7:20

nutrition 14:1,3 15:1 23:16

**O**

Obvious 32:14

occasions 13:14

offered 34:2

office 2:23

Olab 14:12

older 13:13,16 24:20 26:3,21 27:13

on-the-low 40:17

openly 26:11 27:17

opportunity 30:23 31:4

opposed 42:10

order 15:22 40:6, 24

ordered 40:2

originally 14:7

outgoing 9:18

outrage 7:14

**P**

pad 27:7

paid 30:20

part 7:6

passing 13:19 27:9

past 28:15

path 36:24

pay 41:1

payday 11:3

paying 10:24

pays 8:3

pendulum 42:13

people 5:2 8:5 9:20,21 12:3,18 13:4 14:13 16:7 17:9 19:16 24:6 25:11 32:18 33:17, 19,20 35:11 38:13 39:14 42:6

perfect 2:16 37:13,19

persist 36:24

person 5:3,5 8:10 19:11 31:21,22 39:23,24 41:7,8,11

personal 24:10,11

phone 2:17 13:16 16:24 17:21 18:14 19:19 21:1,4,10 39:1

photographs 21:11

pick 2:11

picked 11:2 15:7

picks 15:9 17:22

pictures 3:7

piece 6:8

place 15:8 17:10 18:8 26:1

plaining 14:3

plan 6:18 14:3 15:1 23:3,17

plane 15:13

planned 14:22

plans 22:23

play 29:3

playing 26:6,10 27:20

plenty 27:7

pocket 17:1,16

podcast 5:19 6:5 38:4 43:6,9

point 10:12 12:20 14:16 17:4,17,19 18:1 19:17 22:16

23:14 28:13 29:8 35:8 37:4

pol- 11:16

police 7:22 8:14, 23 9:23,24 19:3, 10,21,22 20:4,5,20 22:3,7,19 28:19 29:15 33:24 40:5

politician 3:23 11:20

politics 33:12

pop 5:10

position 25:7 35:17

positive 8:13 40:8

possibility 30:17

pot 7:23

pounds 23:4

practiced 8:18

practicing 11:23

praise 36:14

Predictions 35:24 36:19

prepared 2:11

press 29:3 39:21

previous 8:22

principal 11:14

private 19:11 34:22

pro 11:3,8,12,13 30:24

problem 3:9

produce 21:6

proffer 22:20

pronounce 37:11

pronouncing 2:20

props 29:21

prosecutor 8:19 11:17 22:19

proud 19:22

proven 12:15

provide 21:10,14

provided 20:24 21:1,3,19

psycho 12:10

public 6:20 7:14 21:7 33:15,22 35:14 39:19

public's 7:14

publicity 32:5 35:20

publicize 34:21

punch 28:14

punched 19:1

pushed 35:13

put 4:9 5:18 20:8 23:23 25:5 29:18, 24 30:1 35:16 40:24

putting 6:4 28:17

**Q**

question 7:19 9:14 24:23 39:17

questions 10:20 20:17

quickly 23:12

quiet 33:19 34:1

quote/unquote 22:1

**R**

racist 41:10

Rahm 6:18 9:17

rainbow 7:24

raise 41:1

ran 9:22

randomly 17:8

rate 10:23,24 11:1

re-compensated 7:1



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription - 04/06/2019

6

re-elected 9:23

reaction 35:10

read 4:4 21:22 23:15,19

reading 36:11

ready 34:11

real 9:2 29:19

realize 18:4

realizes 17:21 18:3

realtime 19:15

reason 34:20 35:7 39:12

Reasonable 2:3, 7,13 42:8 43:9

reasons 6:14 37:4

reconstruct 32:24

reconstructing 33:2

reconstruction 33:5

record 41:19

recording 2:2 21:23 43:10

records 20:13,18, 21,22 21:1,4 22:1

redacted 21:1,2, 17

redeeming 42:2

reference 28:20

referred 13:21

referring 23:1

regimented 15:2

regularly 22:15

reimbursement 6:7

relationship 13:12 26:5,24 27:10

released 8:12

relevant 21:6

relied 22:11

relying 7:5

remember 32:19, 20 35:2

remembered 29:12

report 19:3 20:4 43:2

reports 28:18,19 29:15

research 7:4,7

responded 6:13

response 6:10

responsive 19:8

revealed 25:8

ridden 4:20

ridiculous 16:7 29:21

righted 11:6

rile 4:21

road 35:21

Roberts 34:24 35:5

Robin 34:23 35:5

role 26:6

ropes 29:23

rummaging 37:9

run 15:4 17:20

running 18:2

runs 2:22

——————

**S**

sake 31:2

salad 15:24 16:12

sand- 16:11

sandwich 15:21 16:1,4,5,8 20:8,9 24:5 38:19,22 39:8 40:15

sat 34:23 35:2 40:1

sauce 29:24

save 7:13

scratches 19:4

screwy 2:18

sealed 8:13

self-inflicted 18:21

send 24:7

sending 14:11

sense 20:7 24:5 29:8 31:19

series 41:2

set 3:18

setting 6:14 21:15

seven- 22:22

shady 32:17

shed 23:3,12

shifted 35:9

shirtless 23:5

shit 39:16

shooting 31:16

shortly 3:3 25:8

shoulder 32:21

show 13:24 25:14 26:6

showboat 9:18 10:3

showboats 11:20

side 31:4,5,10,17

sidewalk 17:16

significant 29:14

silly 13:14

single 41:6,8,11

sit 3:24

sits 17:21

sitting 7:22 14:9 15:13 42:7

skeptical 41:17,

19

ski 28:12 30:2

skin 36:10

Smollett 3:20 10:24 43:8

Smollett's 2:24

Smollettland 3:17

socialize 25:23

sofa 27:9,11

solace 12:3

somebody's 11:22

sort 11:2 28:20 32:13,15 39:4 42:18,19

sounds 35:16

Soviet 9:12

speak 34:5,20

speaking 27:13 43:2

speaks 42:13

specific 26:17

speeding 33:1

spend 27:7

spending 30:11

spent 25:24 26:12

spinning 32:14

spoon 42:10

stage 34:3

staged 41:12

stairwell 17:7

stance 25:17

stand 11:22 12:20

stand-in 26:6

standard 10:24

stands 11:17

start 37:8 43:7

started 23:2 26:4 30:14

starts 26:12

state 6:4 31:20 32:22

State's 8:16 9:4 12:12

statement 25:5 35:22

statements 29:5

statute 7:5,6 12:17

staying 15:8

stays 17:15

steroids 23:10,22

stood 8:17

stop 16:2

store 15:23

story 34:13 35:13 40:20,21,23

street 17:8 20:11 38:17,21 41:10

streets 40:12

strokes 13:7

strong 25:17

strongly 11:17 25:6

studio 33:18

stuff 20:19 39:3

subconsciously 31:3

subject 36:18 43:7

subpoenaed 20:22

subscribe 31:6

Subway 15:18,20 16:12,24 17:3 38:23

suing 8:1

suits 33:11

summoned 30:20

sunset 4:20



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 04/06/2019

7

**superintendent** 8:14,23 9:23,24

**supposed** 9:2 14:6,7,15 15:1

**supremacists** 40:12,22

**surprising** 25:14

**sweatshirt** 19:5

**swing** 40:18 41:5

**swung** 42:14

**system** 9:13

---

**T**

**table** 3:18

**takes** 6:18 15:9

**taking** 25:16 37:14

**talk** 3:15 21:1 22:13,14 23:21 24:10 34:4

**talking** 4:17 7:20, 21 13:3 17:13 23:2,16 24:3 25:19 30:15 33:21 34:13 39:16

**tarmac** 14:11

**teaches** 42:4

**team** 40:4

**technological** 6:3

**technology** 21:21

**teenage** 5:7

**telephone** 17:1

**television** 41:2

**telling** 35:17

**tells** 14:24 15:22 18:2,8,9,11 19:6

**ten** 25:23

**test** 26:21

**testing** 26:22

**text** 19:15 21:12, 23 22:3,4,12,16,24 23:15,23 24:2 34:6,9 39:8 40:16

**texted** 22:12

**texting** 16:17 19:19 23:15

**texts** 13:24 14:11 16:20 21:18 23:18

**theory** 13:3,5 22:19 26:2,15,17 27:3 30:3,6,14 34:16

**thick** 36:10

**thin** 18:22

**thing** 5:16 8:5,7 11:18 26:10 27:9 33:14 35:21 36:21 42:3,9

**things** 4:13 8:24 14:4 19:1 21:8 22:7 25:17 30:18 32:15 41:23 42:2

**thinking** 26:12 31:21 34:10 42:7

**thinks** 16:19 30:10

**thought** 12:4 15:16 16:18 21:5 23:24 27:14 29:10 31:10 35:9

**threat** 12:10

**throw** 26:15

**throwing** 7:20

**thrown** 18:5

**thugs** 38:17 41:10

**Thursday** 39:22

**til** 21:4

**time** 6:24 11:8 12:8 16:18,20 17:14 18:4 20:9 21:5 30:11 37:14, 18

**times** 5:6 42:1

**Tina** 2:20 5:10,14, 21,23 6:9 11:11,13 12:23 16:3 26:14 30:12,15 31:18 32:6 37:11,22

**Tina's** 5:21

**told** 4:16 23:7 38:22

**Tommy** 5:20

**tomorrow** 14:24

**tongue** 5:6

**tonight** 14:20

**toothache** 5:3,5

**topic** 43:8

**totally** 6:12 7:10, 11 31:6

**tough** 20:17 30:4

**train** 13:22 14:6,8, 20

**trainer** 14:24 24:11,12 25:22

**training** 14:1,3

**transcript** 21:22

**true** 32:2 38:5 40:8

**trunk** 37:9

**truth** 6:20 35:18

**Tuesday** 39:22

**tuna** 15:21,24 16:4,5 38:19,22 40:15

**turn** 21:13 40:11, 13

**turned** 31:3 39:19 40:2

**turning** 20:13 40:10

**turns** 15:17 17:13

**TV** 8:14

**Tweets** 3:19 4:4 24:7 25:9 36:2,11

**twist** 11:9

**Twitter** 10:21 25:10

---

**U**

**Uh-huh** 23:6 26:8

**unbridled** 12:12

**unconscious** 32:1

**unconstitutional** 7:12

**understand** 8:8

**understanding** 28:24

**understands** 26:24

**unhinged** 12:7

**UNIDENTIFIED** 2:3

**unintelligible** 2:12,14 4:24 7:9 9:21 10:14 18:15 20:4,6 21:20 25:1 27:20 36:16 37:16 38:11 41:14

**Union** 9:12

**universe** 2:7

**Unlike** 27:21

**unprecedented** 6:23 7:10

**upcoming** 13:22

**upside** 8:1,2

**upstairs** 19:6,8

---

**V**

**version** 24:9

**versus** 20:9

**victim** 35:12

**video** 13:22 23:4 29:1

**videotape** 40:1

**view** 12:5

**vitral** 12:1

**vitriol** 4:9 8:10

---

**W**

**wade** 39:13

**waiting** 5:15

**waking** 32:20

**Walgreen's** 15:11

**Walgreens** 15:15

**walk** 10:2 16:9 38:18 39:5

**walking** 38:23

**walks** 15:15 19:3

**wanted** 23:21 33:15 34:21

**wanting** 40:16

**water** 15:24

**ways** 10:8

**weapons** 18:10

**wearing** 40:13

**week** 2:16 3:16 4:5,16 6:11,13 12:24 33:17 36:4,5 40:14,23 41:10

**weeks** 39:13

**wet** 19:5

**whateversphere** 24:14

**whatnot** 15:3

**whichever** 42:13

**white** 13:4 28:2,3, 6,16,21 31:22 40:12,22

**Whoa** 24:10

**wondering** 26:4

**word** 25:15

**work** 6:2

**working** 8:3 22:16

**workout** 14:22 23:3,17

**workouts** 14:4

**works** 28:23

**world** 42:14

**wounds** 18:21

**Wow** 26:14 38:1

**wrap** 43:1



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription   - 04/06/2019                                                      8

**wrapped**  4:18

**write**  9:17

**wrong**  8:15 11:6

------

Y
------

**year**  40:2

**years**  25:10

**yelling**  17:12

**York**  2:10,22 14:6

**young**  3:9 10:7
  40:22

**younger**  13:14,19
  26:4,22

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com

