# EXHIBIT A

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm

Audio Transcription

Taken on: March 27, 2019



LEXITAS™
180 North LaSalle Street, Suite 2800
Chicago, IL 60601
312.236.6936
877.653.6736
www.lexitaslegal.com

Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription - 03/27/2019                                                                Page 1

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3   OLABINJO OSUNDAIRO and              )
     ABIMBOLA OSUNDAIRO,                 )
 4   Individually,                       )
                                         )
 5                  Plaintiffs,          )
                                         )
 6           vs.                         )
     MARK GERAGOS, TINA GLANDIAN, and    )
 7   GERAGOS & GERAGOS LAW FIRM,         )
                                         )
 8                  Defendants.          )

 9

10           The audio recording from 3/27/2019 held in the

11   above matter were taken down stenographically to the

12   best of her ability by Traci L. Gidley, Certified

13   Shorthand Reporter, Registered Professional Reporter,

14   and Notary Public, at 180 North LaSalle Street, Suite

15   2800, Chicago, Illinois, commencing at 5:00 p.m. on

16   June 8, 2019.

17

18

19

20

21

22

23

24
```

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com



1                    (Whereupon, the beginning of the

2                    recording from 3/27/19.)

3        MR. STEPHANOPOULOS:  Now we're going to have more

4    on that stunning reversal in the Jussie Smollett case.

5             Prosecutors say they believe the charges but

6    dropped them anyway, accused of staging a hate crime,

7    falsely reporting it.  But Chicago's police

8    superintendent -- we just heard Mayor Rahm Emanuel say,

9    This is a white washing of justice not on the level, and

10   even the prosecutors say this is not an exoneration.

11            One of Smollett's attorneys join us now, Tina

12   Glandian.  Thank you for coming in this morning.

13            You heard the mayor earlier in our -- in our

14   show say that this is not on the level.

15            Your response?

16       MS. GLANDIAN:  There is absolutely nothing to

17   warrant that statement.  I think -- I just heard Don

18   Abrams talk about how unusual this is, and I agree.  And

19   I understand why everyone is so confused by the turn of

20   events in this case.

21            But keep in mind the actions in this case

22   speak a lot louder than words do.  It's the

23   prosecution's -- the State of Illinois that decided to

24   come forward and charge Mr. Smollett with 16 counts --



```
 1   16 separate counts -- from the same incident.  They
 2   clearly could have proceeded with one count as they
 3   originally did in the felony complaint.  And then they
 4   decided to elevate this matter to he slice and dice this
 5   in every way possible and to charge him with 16 counts.
 6              Well, two-and-a-half weeks later, they made
 7   the decision to voluntarily discontinue the action all
 8   together.  And so I think at that --
 9       MR. STEPHANOPOULOS:  They say they still believe
10   the charges.
11       MS. GLANDIAN:  Well, they say -- If they -- You
12   know what, George, I think if they believed the charges,
13   they would never have dismissed the case.  This is such
14   a high-profile matter.  Everyone's been talking about
15   it.  Obviously -- Obviously, it's made national
16   headlines, and so --
17       MR. STEPHANOPOULOS:  So you're saying the State's
18   Attorney is lying?
19       MS. GLANDIAN:  Well, I'm saying their actions speak
20   louder than words.  They -- They could have proceeded in
21   a variety of ways.  We were ready to move forward.  We,
22   you know, appeared in court, we pled not guilty, we were
23   ready to fight the charges, and they're the ones who
24   voluntarily discontinued this matter.  So I think that
```



1  speaks volumes.
2      MR. STEPHANOPOULOS:  So that -- You know, Jussie
3  has said he's been truthful and consistent throughout
4  this case, he's -- but he said at the beginning he
5  didn't know who he encountered that night.
6          He knew it was the brothers, didn't he?
7      MS. GLANDIAN:  He did not.  The -- The attackers
8  were masked.  He only saw one of them.  One of them
9  approached him from behind, and he was wearing a mask,
10 and so he did not identify them.  He initially had a
11 really hard time believing that they could be involved
12 because he knew one of them, and we can only speculate
13 as to motivation --
14     MR. STEPHANOPOULOS:  But as -- as you know, the
15 police say they have phone records of him talking to the
16 brothers an hour before the attack --
17     MS. GLANDIAN:  Absolutely.
18     MR. STEPHANOPOULOS:  -- an hour after the attack,
19 and while they're in Africa.
20     MS. GLANDIAN:  Not aft- -- Not an hour after the
21 attack.  That's --
22     MR. STEPHANOPOULOS:  That's what they said.
23     MS. GLANDIAN:  That's completely false, and I've
24 seen the phone records and they've been produced.



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm  
Audio Transcription  - 03/27/2019 Page 5

```
 1              And one thing I do also want to put out
 2   there --
 3       MR. STEPHANOPOULOS:  So you're saying he -- he --
 4   he did talk to the brothers?
 5       MS. GLANDIAN:  He absolutely talked to them because
 6   he had just hired the one brother to train him for his
 7   upcoming music video, for training and nutrition, which
 8   the -- the brothers have now confirmed that that's
 9   actually what the check was for.
10              And this is, again, one of the -- the
11   misstatements out there, that Eddie Johnson went and
12   held this press conference and said that the check was
13   for the staged attack.
14       MR. STEPHANOPOULOS:  Yeah.  Their lawyer did tell
15   me that.
16              But you're saying he talked to them an hour
17   before the attack --
18       MS. GLANDIAN:  Absolutely.  Because --
19       MR. STEPHANOPOULOS:  -- but he didn't know that was
20   them that attacked them [sic].
21       MS. GLANDIAN:  Absolutely.  And the reason he
22   talked to them was there were -- if you look at the text
23   messages leading up to the -- the night of the incident,
24   there -- there's ample texts about training and
```

312.236.6936  
877.653.6736  
Fax 312.236.6968  
www.lexitaslegal.com



1  nutrition, and they were supposed to actually train that
2  night.
3           Jussie was flying in from New York, and his
4  flight was delayed for four hours.  So he was constantly
5  texting and communicating about their planned training
6  session.  They were supposed to train that night, as
7  well as the next morning.  And he eventually texted him
8  when he landed and said now it was way too late.  And he
9  texted him and let him know that he landed late, they
10 actually spoke by phone, as well.  And so he absolutely
11 knew --
12      MR. STEPHANOPOULOS:  So --
13      MS. GLANDIAN:  -- that he was on his way home.
14 and --
15      MR. STEPHANOPOULOS:  -- if the brothers are saying
16 that he helped them stage this attack, you're saying the
17 brothers are lying?
18      MS. GLANDIAN:  Absolutely.
19      MR. STEPHANOPOULOS:  They're not telling the truth?
20      MS. GLANDIAN:  No.
21      MR. STEPHANOPOULOS:  And what about the issue of
22 the letter?  As you know, the police are very clear -- I
23 want to show the letter up here up on our screen that
24 was sent about a week before the attack.



```
 1              The police are very clear, they believe that
 2    Jussie sent that letter himself, and he addressed that
 3    in his interview with Robin.  Let's take a look.
 4         MR. SMOLLETT:  Just because on the letter it had a
 5    stick figure hanging from a tree with a gun pointing
 6    towards it with the words that say Smollett Jussie, you
 7    will die (silent pause) and the return address -- there
 8    was no address, but the return address said in big red,
 9    you know, like, caps MAGA.  Did I make that up, too?
10         MR. STEPHANOPOULOS:  Police say he did.  Police
11    said he sent that himself.
12         MS. GLANDIAN:  Eddie Johnson said that, and
13    promptly the FBI came forward and said it's their
14    investigation.  That's absolutely false.  The
15    investigation is ongoing.  They have not identified who
16    sent the letter.
17              The brothers did come forward and state that
18    they had nothing to do with the letter, but it appears
19    that police, during a search of their home, did seize
20    some magazine with, I guess, missing pages and a stamp
21    book.
22              I -- You know, Jussie has cooperated --
23         MR. STEPHANOPOULOS:  Has (unintelligible) spoken to
24    Jussie?
```



1      MS. GLANDIAN:  They had initially spoken to them.
2  He's been cooperative with them.  And, at this point, to
3  our knowledge, the investigation is ongoing.  But it's
4  absolutely false that anyone's concluded that Jussie was
5  behind the letters.
6      MR. STEPHANOPOULOS:  One -- Has -- Has he told them
7  that he had nothing to do with -- Has he told the FBI
8  that?
9      MS. GLANDIAN:  I believe the initial -- when they
10 reported to -- when the -- the day the letter was sent,
11 I believe he said that, and so --
12     MR. STEPHANOPOULOS:  To the FBI?
13     MS. GLANDIAN:  I believe so.  To whoever had
14 responded to that, and I believe there were federal
15 agents there.
16     MR. STEPHANOPOULOS:  Final -- Final question:
17 You've said, clearly, you think the police are not
18 telling the truth about Jussie.
19           Are you going to sue?
20     MS. GLANDIAN:  We're weighing our options now.  For
21 Jussie, what's really important is he really just wants
22 his career and his life back.  Again, he did not ask for
23 any of this.  He was a victim of a crime.  This has
24 completely spiraled out of control and become a



1  political event at this point.
2             And his goal and focus right now is just
3  getting his life back on track.  He has not even started
4  healing from the initial attack because he's been
5  dealing with everything that's happened since then.  I
6  don't know -- I mean, we're -- we're shocked at the
7  mayor and the police superintendent doubling down
8  yesterday when the prosecutor, after a dispassioned look
9  at the evidence, realized that this does not hold up and
10  chose to voluntarily dismiss all counts and expunge his
11  record.
12             So, at this point, we're going to weigh our
13  options and see and see how this develops.
14       MR. STEPHANOPOULOS:  Tina Glandian, thanks very
15  much.
16                       (Whereupon, the end of the
17                        Stephanopoulos interview.)
18
19
20
21
22
23
24



```
1    STATE OF ILLINOIS      )
                            ) SS.
2    COUNTY OF COOK         )

3

4           The within and foregoing recorded audio

5    excerpt was taken down stenographically and transcribed

6    to the best of her ability by Traci L. Gidley, Certified

7    Shorthand Reporter, Registered Professional Reporter,

8    and Notary Public at the offices of Jensen Litigation

9    Solutions, 180 North LaSalle Street, Suite 2800,

10   Chicago, Illinois, at 5:00 p.m. on June 8th, 2019.

11          Witness my official signature in and for Cook

12   County, Illinois, on this 20th day of June, A.D.,

13   2019.

14                      [signature: Traci L. Gidley]

15                      _____

16                      TRACI L. GIDLEY, CSR, RPR
                        180 North LaSalle Street
17                      Suite 2800
                        Chicago, Illinois 60601
18                      Phone:  (312) 236-6936

19
     CSR No. 084-004643
20

21

22

23

24
```



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription - 03/27/2019

1

**1**

**16** 2:24 3:1,5

**3**

**3/27/19** 2:2

**A**

**Abrams** 2:18
**absolutely** 2:16 4:17 5:5,18,21 6:10,18 7:14 8:4
**accused** 2:6
**action** 3:7
**actions** 2:21 3:19
**address** 7:7,8
**addressed** 7:2
**Africa** 4:19
**aft-** 4:20
**agents** 8:15
**agree** 2:18
**ample** 5:24
**anyone's** 8:4
**appeared** 3:22
**appears** 7:18
**approached** 4:9
**attack** 4:16,18,21 5:13,17 6:16,24 9:4
**attacked** 5:20
**attackers** 4:7
**Attorney** 3:18
**attorneys** 2:11

**B**

**back** 8:22 9:3
**beginning** 2:1 4:4
**believed** 3:12
**believing** 4:11
**big** 7:8
**book** 7:21
**brother** 5:6
**brothers** 4:6,16 5:4,8 6:15,17 7:17

**C**

**caps** 7:9
**career** 8:22
**case** 2:4,20,21 3:13 4:4
**charge** 2:24 3:5
**charges** 2:5 3:10,12,23
**check** 5:9,12
**Chicago's** 2:7
**chose** 9:10
**clear** 6:22 7:1
**communicating** 6:5
**complaint** 3:3
**completely** 4:23 8:24
**concluded** 8:4
**conference** 5:12
**confirmed** 5:8
**confused** 2:19
**consistent** 4:3
**constantly** 6:4
**control** 8:24
**cooperated** 7:22
**cooperative** 8:2
**count** 3:2
**counts** 2:24 3:1,5 9:10
**court** 3:22
**crime** 2:6 8:23

**D**

**day** 8:10
**dealing** 9:5
**decided** 2:23 3:4
**decision** 3:7
**delayed** 6:4
**develops** 9:13
**dice** 3:4
**die** 7:7
**discontinue** 3:7
**discontinued** 3:24
**dismiss** 9:10
**dismissed** 3:13
**dispassioned** 9:8
**Don** 2:17
**doubling** 9:7
**dropped** 2:6

**E**

**earlier** 2:13
**Eddie** 5:11 7:12
**elevate** 3:4
**Emanuel** 2:8
**encountered** 4:5
**end** 9:16
**event** 9:1
**events** 2:20
**eventually** 6:7
**Everyone's** 3:14
**evidence** 9:9
**exoneration** 2:10
**expunge** 9:10

**F**

**false** 4:23 7:14 8:4
**falsely** 2:7
**FBI** 7:13 8:7,12
**federal** 8:14
**felony** 3:3
**fight** 3:23
**figure** 7:5
**Final** 8:16
**flight** 6:4
**flying** 6:3
**focus** 9:2
**forward** 2:24 3:21 7:13,17

**G**

**George** 3:12
**Glandian** 2:12,16 3:11,19 4:7,17,20,23 5:5,18,21 6:13,18,20 7:12 8:1,9,13,20 9:14
**goal** 9:2
**guess** 7:20
**guilty** 3:22
**gun** 7:5

**H**

**hanging** 7:5
**happened** 9:5
**hard** 4:11
**hate** 2:6
**headlines** 3:16
**healing** 9:4
**heard** 2:8,13,17
**held** 5:12
**helped** 6:16
**high-profile** 3:14
**hired** 5:6
**hold** 9:9
**home** 6:13 7:19

**hour** 4:16,18,20 5:16
**hours** 6:4

**I**

**identified** 7:15
**identify** 4:10
**Illinois** 2:23
**important** 8:21
**incident** 3:1 5:23
**initial** 8:9 9:4
**initially** 4:10 8:1
**interview** 7:3 9:17
**investigation** 7:14,15 8:3
**involved** 4:11
**issue** 6:21

**J**

**Johnson** 5:11 7:12
**join** 2:11
**Jussie** 2:4 4:2 6:3 7:2,6,22,24 8:4,18,21
**justice** 2:9

**K**

**knew** 4:6,12 6:11
**knowledge** 8:3

**L**

**landed** 6:8,9
**late** 6:8,9
**lawyer** 5:14
**leading** 5:23
**letter** 6:22,23 7:2,4,16,18 8:10
**letters** 8:5



Osundairo and Osundairo vs Geragos, Glandian, and Geragos & Geragos Law Firm
Audio Transcription  - 03/27/2019

2

**level**  2:9,14
**life**  8:22 9:3
**lot**  2:22
**louder**  2:22 3:20
**lying**  3:18 6:17

**M**

**made**  3:6,15
**MAGA**  7:9
**magazine**  7:20
**make**  7:9
**mask**  4:9
**masked**  4:8
**matter**  3:4,14,24
**mayor**  2:8,13 9:7
**messages**  5:23
**mind**  2:21
**missing**  7:20
**misstatements**  5:11
**morning**  2:12 6:7
**motivation**  4:13
**move**  3:21
**music**  5:7

**N**

**national**  3:15
**night**  4:5 5:23 6:2,6
**nutrition**  5:7 6:1

**O**

**ongoing**  7:15 8:3
**options**  8:20 9:13
**originally**  3:3

**P**

**pages**  7:20

**pause**  7:7
**phone**  4:15,24 6:10
**planned**  6:5
**pled**  3:22
**point**  8:2 9:1,12
**pointing**  7:5
**police**  2:7 4:15 6:22 7:1,10,19 8:17 9:7
**political**  9:1
**press**  5:12
**proceeded**  3:2,20
**produced**  4:24
**promptly**  7:13
**prosecution's**  2:23
**prosecutor**  9:8
**prosecutors**  2:5,10
**put**  5:1

**Q**

**question**  8:16

**R**

**Rahm**  2:8
**ready**  3:21,23
**realized**  9:9
**reason**  5:21
**record**  9:11
**recording**  2:2
**records**  4:15,24
**red**  7:8
**reported**  8:10
**reporting**  2:7
**responded**  8:14
**response**  2:15
**return**  7:7,8

**reversal**  2:4
**Robin**  7:3

**S**

**screen**  6:23
**search**  7:19
**seize**  7:19
**separate**  3:1
**session**  6:6
**shocked**  9:6
**show**  2:14 6:23
**sic**  5:20
**silent**  7:7
**slice**  3:4
**Smollett**  2:4,24 7:4,6
**Smollett's**  2:11
**speak**  2:22 3:19
**speaks**  4:1
**speculate**  4:12
**spiraled**  8:24
**spoke**  6:10
**spoken**  7:23 8:1
**stage**  6:16
**staged**  5:13
**staging**  2:6
**stamp**  7:20
**started**  9:3
**state**  2:23 7:17
**State's**  3:17
**statement**  2:17
**Stephanopoulos**  2:3 3:9,17 4:2,14, 18,22 5:3,14,19 6:12,15,19,21 7:10,23 8:6,12,16 9:14,17
**stick**  7:5
**stunning**  2:4

**sue**  8:19
**superintendent**  2:8 9:7
**supposed**  6:1,6

**T**

**talk**  2:18 5:4
**talked**  5:5,16,22
**talking**  3:14 4:15
**telling**  6:19 8:18
**text**  5:22
**texted**  6:7,9
**texting**  6:5
**texts**  5:24
**thing**  5:1
**time**  4:11
**Tina**  2:11 9:14
**told**  8:6,7
**track**  9:3
**train**  5:6 6:1,6
**training**  5:7,24 6:5
**tree**  7:5
**truth**  6:19 8:18
**truthful**  4:3
**turn**  2:19
**two-and-a-half**  3:6

**U**

**understand**  2:19
**unintelligible**  7:23
**unusual**  2:18
**upcoming**  5:7

**V**

**variety**  3:21
**victim**  8:23

**video**  5:7
**volumes**  4:1
**voluntarily**  3:7,24 9:10

**W**

**warrant**  2:17
**washing**  2:9
**ways**  3:21
**wearing**  4:9
**week**  6:24
**weeks**  3:6
**weigh**  9:12
**weighing**  8:20
**white**  2:9
**words**  2:22 3:20 7:6

**Y**

**yesterday**  9:8
**York**  6:3

