☰  Search

Create | Upload or drop | Create folder

Suggested from your activity 👁

As you use Dropbox, suggested items will automatically show up here. Learn more

All files

# Osundairo Brothers Disclosure 19-cv-02727 ⚙

GR   BH   GG   KP   👥   🔗   Share folder

Share selected | Download | Delete | Open in ⌄ | ⋯ | 1 selected ☐ ≣ ◧ ⌄

| | Name ↑ | | Who can access | | | |
|---|---|---|---|---|---|---|
| ☐ | 📁 Supplemental Production by Gloria 11.14.23 | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 Medi recs.pdf | ★ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 Bank Statements - OneDrive.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 binjofed2016_Redacted.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 binjofed2017_Redacted.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 binjofed2018_Redacted.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 binjofed2019_Redacted.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 binjofed2020_Redacted.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 Justine Washington_contact information.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 Medic recs .pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 OSP_phone records_February 2019.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 OSP_phone records_June 2019.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |
| ☐ | 📄 OSP_phone records_March 2019.pdf | ☆ | 9 members | 🔗 | Share | ⋯ |