## Re: Signed releases

**Shari Albrecht** <salbrecht@bhhlawfirm.com>

Fri 11/24/2023 3:32 PM

To: Admin GloriasLaw <admin@gloriaslaw.com>;Gloria Rodriguez <gloria@gloriaslaw.com>;gkulis_kulislawltd.com <gkulis@kulislawltd.com>;Vincenzo Caporale <vcaporale@kulislawltd.com>
Cc: Brendan Healey <bhealey@bhhlawfirm.com>

📎 3 attachments (3 MB)
FW- Osundairo v. Glandian - medical release forms.eml; 2023-11-16 release Olabinjo.pdf; 2023-11-16 release Abimbola.pdf;

Counsel,

Attached are two signed releases we received from Gloria's office. Also attached is my previous e-mail attaching release forms to be completed.

The signed forms are substantially incomplete. They do not authorize release of all records and do not specify that records be sent to our office.

Please return the correct signed releases – the form that we provided – as soon as possible so that we may obtain complete records. If plaintiffs object to the release of their records, please advise.

Thank you.

Shari Albrecht
Of Counsel
Baron Harris Healey
salbrecht@bhhlawfirm.com
(651) 352-7749

---

**From:** Admin GloriasLaw <admin@gloriaslaw.com>
**Date:** Thursday, November 16, 2023 at 2:19 AM
**To:** Brendan Healey <bhealey@bhhlawfirm.com>, Shari Albrecht <salbrecht@bhhlawfirm.com>
**Cc:** Gloria Rodriguez <gloria@gloriaslaw.com>
**Subject:** Signed releases

https://1drv.ms/f/s!Al6nGiR7_rZjircA6PC-e0lzbz25kQ


Get Outlook for iOS