**Re: Signed releases**

Gloria Rodriguez <gloria@gloriaslaw.com>
Tue 11/28/2023 10:35 AM

To:Shari Albrecht <salbrecht@bhhlawfirm.com>;Admin GloriasLaw <admin@gloriaslaw.com>;gkulis_kulislawltd.com <gkulis@kulislawltd.com>;Vincenzo Caporale <vcaporale@kulislawltd.com>
Cc:Brendan Healey <bhealey@bhhlawfirm.com>;Xochitl Rodriguez <xochitl@gloriaslaw.com>
Bcc:Team Abel <teamabel3@gmail.com>

Hi Shari,

The requesting party for records always fills out the portion that you are saying needed to be filled out by us. For instance, how do I know where they should send it to or who the point of contact is? So you were supposed to fill that in f-i-r-s-t and then send to me to execute.

I figured you would do it afterwards, which is fine, and then the expectation is for you to send it back to me for my records.

Please note I am not going to have them sign releases for a 3rd time due to this issue. Please fill in what you want in the forms we submitted and send to me afterwards.

Please also note I have having surgery this morning and will be working from home for the next 3 weeks. I am CC'ing Xochitl to this thread for future correspondence.

Many thanks,

Gloria V. Rodriguez
Attorney At Law
gloria@gloriaslaw.com
---------------------------------------
The Gloria Law Group
(847) 672 - 8888 Office
(312) 277 - 3384  Fax
www.gloriaslaw.com

Please note we meet by **appointment only** at both offices.

*(Mailing Address/Waukegan Office)*
9 N County Lane
Suite 102
Waukegan, IL 60085-8104

*(Downtown Chicago Office)*
211 West Wacker Drive
5th Floor
Chicago, IL 60606-1217

SPECIAL NOTE TO CLIENTS AND OPPOSING COUNSEL:

Statements made in electronic correspondence (E-Mail) by The Gloria Law Group (The GLG) are not meant to be construed as legal advice except where specifically stated. E-mails are typically reviewed by The GLG within three to five business days and during regular business hours only. Urgent matters should be addressed accordingly. Service of process for documents by opposing parties/counsel should be discussed with The GLG beforehand to ensure said document is within an acceptable format. TO OPPOSING COUNSEL: PLEASE CONTACT ME FOR AVAILABLE MOTION DATES PRIOR TO SELECTING A DATE. THANK YOU.

PLEASE NOTE:
The information contained in this email is legally privileged and confidential, intended only for the use of the recipient named above. If you are not the intended recipient then be advised that any dissemination, distribution, or copying of this communication is strictly prohibited. If you believe you received this communication in error, please notify The GLG immediately. Your cooperation is appreciated.

---

**From:** Shari Albrecht <salbrecht@bhhlawfirm.com>
**Sent:** Friday, November 24, 2023 3:31 PM
**To:** Admin GloriasLaw <admin@gloriaslaw.com>; Gloria Rodriguez <gloria@gloriaslaw.com>; gkulis_kulislawltd.com <gkulis@kulislawltd.com>; Vincenzo Caporale <vcaporale@kulislawltd.com>
**Cc:** Brendan Healey <bhealey@bhhlawfirm.com>
**Subject:** Re: Signed releases

Counsel,

Attached are two signed releases we received from Gloria's office. Also attached is my previous e-mail attaching release forms to be completed.

The signed forms are substantially incomplete. They do not authorize release of all records and do not specify that records be sent to our office.

Please return the correct signed releases – the form that we provided – as soon as possible so that we may obtain complete records. If plaintiffs object to the release of their records, please advise.

Thank you.

Shari Albrecht
Of Counsel
Baron Harris Healey
salbrecht@bhhlawfirm.com
(651) 352-7749

---

**From:** Admin GloriasLaw <admin@gloriaslaw.com>
**Date:** Thursday, November 16, 2023 at 2:19 AM
**To:** Brendan Healey <bhealey@bhhlawfirm.com>, Shari Albrecht <salbrecht@bhhlawfirm.com>
**Cc:** Gloria Rodriguez <gloria@gloriaslaw.com>
**Subject:** Signed releases

https://1drv.ms/f/s!Al6nGiR7_rZjircA6PC-e0lzbz25kQ


Get Outlook for iOS