## Re: Signed releases

**Gloria Rodriguez <gloria@gloriaslaw.com>**

Tue 11/28/2023 10:39 AM

To: Shari Albrecht <salbrecht@bhhlawfirm.com>;Gregory Kulis <gkulis@kulislawltd.com>;Xochitl Rodriguez <xochitl@gloriaslaw.com>
Cc: gloria@glorialaw.com <gloria@glorialaw.com>;Brendan Healey <bhealey@bhhlawfirm.com>;Vincenzo Caporale <vcaporale@kulislawltd.com>

We did provide them and I just replied to your email. Please include my associate to your emails.

Gloria V. Rodriguez
Attorney At Law
gloria@gloriaslaw.com
---------------------------------------
The Gloria Law Group
(847) 672 - 8888 Office
(312) 277 - 3384 Fax
www.gloriaslaw.com

Please note we meet by **appointment only** at both offices.

*(Mailing Address/Waukegan Office)*
9 N County Lane
Suite 102
Waukegan, IL 60085-8104

*(Downtown Chicago Office)*
211 West Wacker Drive
5th Floor
Chicago, IL 60606-1217

SPECIAL NOTE TO CLIENTS AND OPPOSING COUNSEL:
Statements made in electronic correspondence (E-Mail) by The Gloria Law Group (The GLG) are not meant to be construed as legal advice except where specifically stated. E-mails are typically reviewed by The GLG within three to five business days and during regular business hours only. Urgent matters should be addressed accordingly. Service of process for documents by opposing parties/counsel should be discussed with The GLG beforehand to ensure said document is within an acceptable format. TO OPPOSING COUNSEL: PLEASE CONTACT ME FOR AVAILABLE MOTION DATES PRIOR TO SELECTING A DATE. THANK YOU.

PLEASE NOTE:
The information contained in this email is legally privileged and confidential, intended only for the use of the recipient named above. If you are not the intended recipient then be advised that any dissemination, distribution, or copying of this communication is strictly prohibited. If you believe you received this communication in error, please notify The GLG immediately. Your cooperation is appreciated.

**From:** Shari Albrecht <salbrecht@bhhlawfirm.com>
**Sent:** Tuesday, November 28, 2023 10:37 AM
**To:** Gregory Kulis <gkulis@kulislawltd.com>
**Cc:** Gloria Rodriguez <gloria@gloriaslaw.com>; gloria@glorialaw.com <gloria@glorialaw.com>; Brendan Healey

<bhealey@bhhlawfirm.com>; Vincenzo Caporale <vcaporale@kulislawltd.com>

**Subject:** Re: Signed releases

Mr. Kulis,

Please include both me and Brendan on your correspondence.

The releases being referenced here are medical releases. Please see my 11/24 e-mail below.

Per the Court's Nov. 2 order, these releases were to be provided by Nov. 15. They still have not been provided. Please provide completed releases, in the form we previously provided (again, see my 11/24 e-mail), by tomorrow, or once again we will need to raise this with the Court.

Shari Albrecht
Of Counsel
Baron Harris Healey
salbrecht@bhhlawfirm.com
(651) 352-7749

---

**From:** Gregory Kulis <gkulis@kulislawltd.com>
**Date:** Tuesday, November 28, 2023 at 10:32 AM
**To:** Shari Albrecht <salbrecht@bhhlawfirm.com>
**Cc:** Gloria Schmidt <gloria@gloriaslaw.com>, gloria@glorialaw.com <gloria@glorialaw.com>
**Subject:** RE: Signed releases

When did this case settle? What are the terms?
?
Best,

Gregory E. Kulis
Managing Partner
Gregory E. Kulis & Associates, Ltd.
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
gkulis@kulislawltd.com
(312) 580-1830



**PLEASE NOTE OUR <u>NEW ADDRESS</u>, <u>ABOVE</u>. Beginning November 23, 2022, we are <u>NO LONGER LOCATED AT</u>**
**30 N. LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**

**Please be advised that service of legal documents is <u>NOT</u> accepted at this email address. Pursuant to Illinois Supreme Court Rules 11(b)(6) and 131(d)(1), the only email address at which e-service is accepted is <u>service@kulislawltd.com</u>.**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is

strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.

**From:** Shari Albrecht <salbrecht@bhhlawfirm.com>
**Sent:** Tuesday, November 28, 2023 10:11 AM
**To:** Admin GloriasLaw <admin@gloriaslaw.com>; Gloria Rodriguez <gloria@gloriaslaw.com>; Gregory Kulis <gkulis@kulislawltd.com>; Vincenzo Caporale <vcaporale@kulislawltd.com>
**Cc:** Brendan Healey <bhealey@bhhlawfirm.com>
**Subject:** Re: Signed releases

All,

I have not received a response to the email below.  Please let us know whether plaintiffs intend to provide releases.

Thanks.

Shari Albrecht
Of Counsel
Baron Harris Healey
salbrecht@bhhlawfirm.com
(651) 352-7749

**From:** Shari Albrecht <salbrecht@bhhlawfirm.com>
**Date:** Friday, November 24, 2023 at 3:31 PM
**To:** Admin GloriasLaw <admin@gloriaslaw.com>, Gloria Rodriguez <gloria@gloriaslaw.com>, gkulis_kulislawltd.com <gkulis@kulislawltd.com>, Vincenzo Caporale <vcaporale@kulislawltd.com>
**Cc:** Brendan Healey <bhealey@bhhlawfirm.com>
**Subject:** Re: Signed releases

Counsel,

Attached are two signed releases we received from Gloria's office.  Also attached is my previous e-mail attaching release forms to be completed.

The signed forms are substantially incomplete.  They do not authorize release of all records and do not specify that records be sent to our office.

Please return the correct signed releases – the form that we provided – as soon as possible so that we may obtain complete records.  If plaintiffs object to the release of their records, please advise.

Thank you.

Shari Albrecht
Of Counsel
Baron Harris Healey
salbrecht@bhhlawfirm.com
(651) 352-7749

**From:** Admin GloriasLaw <admin@gloriaslaw.com>
**Date:** Thursday, November 16, 2023 at 2:19 AM
**To:** Brendan Healey <bhealey@bhhlawfirm.com>, Shari Albrecht <salbrecht@bhhlawfirm.com>

**Cc:** Gloria Rodriguez <gloria@gloriaslaw.com>
**Subject:** Signed releases
https://1drv.ms/f/s!Al6nGiR7_rZjircA6PC-e0lzbz25kQ


Get Outlook for iOS